**Table of Contents for Exhibits**

Exhibit 1, Notice of Intent to Sue Letter (Feb. 2, 2023) ("NOI Letter I") and Certified Mail Receipts.

Exhibit 2, Notice of Intent to Sue Letter (Feb. 17, 2023) ("NOI Letter II") and Certified Mail Receipts.

Exhibit 3, Letter to C.T. Corporation System (Feb. 22, 2023) and Certified Mail Receipt.

Exhibit 4, Declaration of Eric Cheung.

Exhibit 5, Shell Polymers Monaca Plan Approval PA-04-00740C.

Exhibit 6, Shell Polymers Monaca Flare Minimization Plan (Sept. 2020).

Exhibit 7, Shell, 12-Month Rolling Emission Totals received by DEP Nov. 7, 2022 through Apr. 21, 2023.

Exhibit 8, Kimberly Kaal, Environmental Manager, Shell Chemical Appalachia LLC, to Mark Gorog P.E., Regional Manager, Air Quality Program, DEP Southwest Regional Office, February 21, 2023 Monthly Submittal of Information Requested from Shell Chemical Appalachia LLC (Feb. 21, 2023).

Exhibit 9, Providence Photonics, Shell Monaca FlareGuardianTM Field Study—Final Report (Jan. 2023).

Exhibit 10, Pennsylvania Department of Environmental Protection, Notices of Violation to Shell for "12-Month Rolling Emissions Exceedances through January 2023" and "12-Month Rolling Emissions Exceedances through February 2023" (Apr. 6, 2023).

Exhibit 11, Kimberly Kaal, Environmental Manager, Shell Chemical Appalachia LLC, to Mark Gorog P.E., Regional Manager, Air Quality Program, DEP Southwest Regional Office, Re: PA-04-00740C Wastewater Treatment Plant (Source ID 502) Malodor and Excess Emissions Malfunction Report (Jan. 13, 2023) and Re: Malfunction Report as per PA-04-00740C Malodors from Wastewater Treatment Plant (WWTP) Shell Chemical Appalachia (Mar. 27, 2023).

Exhibit 12, Shell, Passive Air Monitoring System ("PAMS") Concentration Data (Bi-weekly) for Oct. 11, 2022, Feb. 15, 2022, and Apr. 13, 2023.

Exhibit 13, Shell, Continuous Air Monitoring System (CAMS) Photoionization Detector Concentration Data and Summa Canister Analytical Laboratory Results for April 11, 2023.

Exhibit 14, Kimberly Kaal, Environmental Manager, Shell Chemical Appalachia LLC, to Mark Gorog P.E., Regional Manager, Air Quality Program, DEP Southwest Regional Office, Re: PA-04-00740C Ethane Cracking Unit (Source ID 201) Cracked Gas Compressor Upset Event and High-Pressure (HP) Header System (Source ID 205) Excess Emission Report (Mar. 15, 2023).

Exhibit 15, Photos of High-Pressure Elevated Emergency Flare, Breathe Cam, Shell Plastics West (Oct. 24, 2022 14:45:33 and Feb 13, 2023 16:12:24), available at https://breathecam.org/.

Exhibit 16, Pennsylvania Department of Environmental Protection, Emergency Response Incident Report (Feb. 13, 2023).

Exhibit 17, Kimberly Kaal, Environmental Manager, Shell Chemical Appalachia LLC, to Mark Gorog P.E., Regional Manager, Air Quality Program, DEP Southwest Regional Office, April 2023 Monthly Submittal of Information Requested from Shell Chemical Appalachia LLC (Apr. 21, 2023).