# Exhibit 2

Notice of Intent to Sue Letter (Feb. 17, 2023) ("NOI Letter II") and Certified Mail Receipts.

 

February 17, 2023

*VIA CERTIFIED MAIL, RETURN RECIEPT REQUESTED*

Shell Oil Company
150 North Dairy Ashford Road
Houston, TX 77079
Certified Mail # 70220410000222131685

Shell Polymers Monaca Site
William Watson, General Manager
Kimberly Kaal, Environmental Manager
Shell Chemical Appalachia LLC
300 Frankfort Road
Monaca, PA 15061
Certified Mail # 70220410000222131623

Re:   Notice of Intent to Sue the Owner and Operator of the Shell Polymers Monaca Site in Beaver County, Pennsylvania, for Violations of the Clean Air Act and the Air Pollution Control Act

To the Owners and Operators of the Shell Polymers Monaca Site:

On behalf of Clean Air Council and its individual members, we are writing to provide you with notice that Clean Air Council intends to file a civil lawsuit against you for repeated violations, described below, of the federal Clean Air Act, 42 U.S.C. § 7401 et seq., and the Pennsylvania Air Pollution Control Act, 35 P.S. § 4001 et seq., which occurred and continue to occur at the Shell Polymer Monaca Site in Beaver County, Pennsylvania.

Shell Chemical Appalachia, LLC ("Shell"), a subsidiary of Shell Oil Company, owns and operates the Shell Polymers Monaca Site, located at 300 Frankfort Road, Monaca, Beaver County, Pennsylvania 15061-2210 (the "Plant"). Based on publicly available information, the Plant has repeatedly violated, and is in violation of, the federal Clean Air Act, the Pennsylvania State Implementation Plan, the Pennsylvania Air Pollution Control Act, and Shell's Clean Air Act permit. Shell has emitted air pollutants in amounts in excess of, and not authorized by, the applicable permit.

The citizen suit provision of the Clean Air Act ("CAA") allows Clean Air Council to commence a civil action against Shell in a United States District Court for violations of a Clean Air Act emission standard or limitation. 42 U.S.C. § 7604(a). An emission standard or limitation is defined as any requirement under 42 U.S.C. § 7411 or § 7412, any condition or requirement applicable under a state implementation plan approved by the U.S. Environmental Protection

Agency ("EPA"), any Title V permit, or any requirement to obtain a permit as a condition of operations. 42 U.S.C. § 7604(f).

The citizen suit provision of the Pennsylvania Air Pollution Control Act ("APCA") allows Clean Air Council to commence a civil action against Shell to compel compliance with the APCA "or any rule, regulation, order or plan approval or permit issued pursuant to [the APCA] . . . ." 35 P.S. § 4013.6(c). Clean Air Council may bring an APCA claim in federal court as a supplemental claim to the federal Clean Air Act claim, through supplemental jurisdiction. 28 U.S.C. § 1367(a).

In accordance with 42 U.S.C. § 7604(b), 40 C.F.R. Part 54, and 35 P.S. § 4013.6(d), this letter serves to notify Shell that Clean Air Council intends to file suit for violations of the Clean Air Act and the Air Pollution Control Act in United States District Court for the Western District of Pennsylvania at any time beginning 60 days after the postmarked date of this letter. Additionally, Clean Air Council notifies Shell of its intention to sue for ongoing violations of the same type that occur after the violations outlined in this notice letter.

Clean Air Council will ask the Court to impose appropriate injunctive relief and civil penalties, and require a beneficial environmental project under 42 U.S.C. § 7604(g)(2) in the areas directly impacted by the unauthorized air pollution and emissions from the Plant. Clean Air Council will also ask the Court to award their costs of litigation and attorneys' fees.

The name and address of the party giving notice is:

    Clean Air Council
    135 South 19th Street, Suite 300
    Philadelphia, Pennsylvania 19103

You may contact parties through their counsel at:

    Environmental Integrity Project
    Jennifer Duggan
    Sarah Kula
    1000 Vermont Ave., NW, Suite 1100
    Washington, D.C. 20005
    Jduggan@environmentalintegrity.org (202) 263-4446
    Skula@environmentalintegrity.org (202) 599-9786

    Clean Air Council
    Alex Bomstein
    Lauren Otero
    135 South 19th Street, Suite 300
    Philadelphia, PA 19103
    Abomstein@cleanair.org (215) 567-4004 (x118)
    Lotero@cleanair.org (610) 585-1333

## APPLICABLE CLEAN AIR ACT AND AIR POLLUTION CONTROL ACT REQUIREMENTS

The Plant is subject to applicable provisions of the Pennsylvania APCA and the Pennsylvania State Implementation Plan ("SIP"), which is a set of state regulations that are approved by EPA, pursuant to the federal Clean Air Act, 42 U.S.C. § 7410.

The Plant is a "stationary source" under the Clean Air Act. Emissions of air pollutants from the Plant are governed by, among other requirements, plan approvals PA-04-00740A, PA-04-00740B, and PA-04-00740C [hereinafter Plan Approvals], issued to Shell by the Pennsylvania Department of Environmental Protection ("DEP") pursuant to 25 Pa. Code Chapter 127 and most recently extended on September 12, 2022. The Plan Approvals contain emission limits, including but not limited to site-wide, 12-month rolling emission limits. Compliance with these permit limits is mandatory and a requirement of the Pennsylvania SIP. 25 Pa. Code § 127.25.

Plan Approval PA-04-00740C, Section C, Condition No. 005, imposes site-wide, 12-month rolling emission limitations of 328.5 tons of nitrogen oxide ("NOx"). The Plant must comply with this limit at all times.

## SHELL VIOLATIONS OF THE CLEAN AIR ACT AND AIR POLLUTION CONTROL ACT

The paragraphs below describe Shell's violations of the Clean Air Act and the Pennsylvania Air Pollution Control Act. Shell is a "person" pursuant to the Clean Air Act, 42 U.S.C. § 7602(e), and the Air Pollution Control Act, 35 P.S. § 4003. Because Shell is a person and is the owner and operator of the Plant, Shell is responsible for the violations set forth below. The information presented below is sufficient to enable Shell to ascertain the nature of each alleged violation and when and where it occurred.

1. **Violations of Site-Wide, 12-Month Rolling NOx Emission Limitation.**

All of the information set forth above is incorporated herein in full. Shell has emitted and continues to emit NOx from the Plant in excess of limits in Shell's Plan Approvals. Under Plan Approval PA-04-00740C, emissions from the Plant may not exceed 328.5 tons of NOx in any consecutive 12-month period. The Plant must comply with this limit at all times. Shell emitted 345.446 tons NOx during the 12-month period ending in December 2022. *See* Exhibit A.

The Plant emitted 310.215 tons NOx between August and December 2022, alone—nearly reaching the 12-month limit during this five-month period. Thus, it is almost certain that Shell will continue to violate this NOx limit in future 12-month periods. Each day of each 12-month period with total emissions in excess of the permitted limit for each pollutant constitutes a separate violation of the Plan Approvals and the CAA, for which a penalty of up to $117,468 can be assessed, 42 U.S.C. § 7413(b), 40 C.F.R. 19.4, and the Air Pollution Control Act, for which a penalty of up to $25,000 can be assessed, 35 P.S. § 4009.1(a).

## CONCLUSION

This notice letter and the attached exhibits are based on publicly available sources of information, including Shell's self-reported malfunction reports. Additional information, including information in the possession of Shell, may reveal additional details about the violations described above and additional violations of the emission limits and Plan Approval conditions described above at the Plant. This letter covers all such violations, including violations of the emission limits and Plan Approval conditions described above that occur after the date of this letter.

If you believe any of the facts described above are in error, have any information indicating that you have not violated the Clean Air Act or the Air Pollution Control Act, or if you have any questions concerning this letter or the described violations, please contact the undersigned attorneys for the Clean Air Council. Finally, we would welcome meeting with you to discuss resolution of this matter prior to the expiration of the 60-day pre-suit notice period.

Sincerely,

*[signature]*

Environmental Integrity Project
Sarah Kula, Attorney
Phone: (202) 599-9786
Skula@environmentalintegrity.org
Jen Duggan, Deputy Director
Phone: (202) 263-4446
Jduggan@environmentalintegrity.org
1000 Vermont Ave., NW, Suite 1100
Washington, D.C. 20005


Clean Air Council
Alex Bomstein, Legal Director
Phone: (215) 567-4004 (x118)
Abomstein@cleanair.org
Lauren Otero, Attorney
Lotero@cleanair.org
135 South 19th Street, Suite 300
Philadelphia, PA 19103

Copies to (by certified mail – return receipt requested):

C T Corporation System
  *Agent for Service of Process for*
  *Shell Oil Company*
111 Eighth Avenue
New York, New York 10011
Cert. Mail # 70220410000276189762

Shell Polymers Monaca Site
William Watson, General Manager
Kimberly Kaal, Environmental Manager
Shell Chemical Appalachia LLC
300 Frankfort Road
Monaca, Pennsylvania 15061
Cert. Mail # 70220410000222131623

Michael S. Regan
Administrator
U.S. Environmental Protection Agency
Office of the Administrator 1101A
1200 Pennsylvania Avenue, N.W.
Mail Code: 1101A
Washington, D.C. 20460
Cert. Mail # 70220410000222131630

Adam Ortiz
Region 3 Regional Administrator
U.S. Environmental Protection Agency
1650 Arch Street (3PM52)
Philadelphia, Pennsylvania 19103-2029
Cert. Mail # 70220410000222131647

Josh Shapiro
Governor
Commonwealth of Pennsylvania
508 Main Capitol Building
Harrisburg, Pennsylvania, 17120
Cert. Mail # 70220410000222131654

Richard Negrin
Acting Secretary
Pennsylvania Department of Environmental Protection
Rachel Carson State Office Building
400 Market Street
Harrisburg, Pennsylvania 17101
Cert. Mail # 70220410000222131161

Jim Miller
Southwest Regional Director
Pennsylvania Department of Environmental Protection
400 Waterfront Drive
Pittsburgh, Pennsylvania 15222
Cert. Mail # 70220410000222131678

5

**Exhibit A**

**12-Month Rolling Summation Emissions**
**Shell Polymers Monaca**

| Year | Month | CO Rolling Emissions (tons/12-mo) | H2SO4 Rolling Emissions (tons/12-mo) | NH3 Rolling Emissions (tons/12-mo) | NOx Rolling Emissions (tons/12-mo) | PM (Filt) Rolling Emissions (tons/12-mo) | PM10 Rolling Emissions (tons/12-mo) | PM2.5 Rolling Emissions (tons/12-mo) | SO2 Rolling Emissions (tons/12-mo) | VOC Rolling Emissions (tons/12-mo) | CO2 Rolling Emissions (tons/12-mo) | CH4 Rolling Emissions (tons/12-mo) | N2O Rolling Emissions (tons/12-mo) | Total HAP Rolling Emissions (tons/12-mo) | CO2e Rolling Emissions (tons/12-mo) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | Jan | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 2020 | Feb | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 2020 | Mar | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 2020 | Apr | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 2020 | May | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 2020 | Jun | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 2020 | Jul | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 2020 | Aug | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 2020 | Sep | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 2020 | Oct | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 2020 | Nov | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| 2020 | Dec | 0.842 | 0.000 | 0.000 | 0.636 | 0.030 | 0.029 | 0.027 | 0.005 | 0.295 | 540.43 | 0.046 | 0.004 | 0.001 | 542.86 |
| 2021 | Jan | 1.104 | 0.000 | 0.000 | 0.844 | 0.041 | 0.039 | 0.037 | 0.007 | 0.402 | 733.52 | 0.054 | 0.006 | 0.003 | 736.63 |
| 2021 | Feb | 1.309 | 0.000 | 0.000 | 1.016 | 0.049 | 0.048 | 0.045 | 0.009 | 0.492 | 895.58 | 0.058 | 0.007 | 0.004 | 899.17 |
| 2021 | Mar | 1.514 | 0.000 | 0.000 | 1.188 | 0.058 | 0.056 | 0.052 | 0.011 | 0.581 | 1,058.16 | 0.061 | 0.009 | 0.005 | 1,062.24 |
| 2021 | Apr | 1.792 | 0.000 | 0.000 | 1.411 | 0.070 | 0.067 | 0.063 | 0.013 | 0.695 | 1,263.68 | 0.069 | 0.010 | 0.007 | 1,268.45 |
| 2021 | May | 2.029 | 0.000 | 0.000 | 1.600 | 0.083 | 0.080 | 0.071 | 0.015 | 0.791 | 1,437.62 | 0.076 | 0.012 | 0.008 | 1,442.99 |
| 2021 | Jun | 3.956 | 0.016 | 0.000 | 2.949 | 0.192 | 0.243 | 0.232 | 0.414 | 0.960 | 3,658.76 | 0.578 | 0.018 | 0.011 | 3,678.57 |
| 2021 | Jul | 5.578 | 0.016 | 0.001 | 4.421 | 0.314 | 0.461 | 0.448 | 0.417 | 1.169 | 7,354.51 | 1.100 | 0.026 | 0.014 | 7,389.81 |
| 2021 | Aug | 6.157 | 0.016 | 0.001 | 5.070 | 0.406 | 0.553 | 0.537 | 0.419 | 1.310 | 9,392.36 | 1.578 | 0.030 | 0.016 | 9,440.78 |
| 2021 | Sep | 6.442 | 0.016 | 0.058 | 5.911 | 0.520 | 0.796 | 0.778 | 0.421 | 1.423 | 17,309.82 | 2.102 | 0.038 | 0.035 | 17,373.65 |
| 2021 | Oct | 6.648 | 0.016 | 0.336 | 6.771 | 0.815 | 1.803 | 1.783 | 0.424 | 1.877 | 39,697.81 | 2.882 | 0.070 | 0.050 | 39,790.83 |
| 2021 | Nov | 6.624 | 0.017 | 0.986 | 8.235 | 1.386 | 3.835 | 3.814 | 0.437 | 2.910 | 80,516.65 | 4.005 | 0.138 | 0.082 | 80,657.78 |
| 2021 | Dec | 6.713 | 0.017 | 2.797 | 10.862 | 2.297 | 7.067 | 7.043 | 0.451 | 4.579 | 137,520.57 | 5.529 | 0.245 | 0.132 | 137,731.74 |
| 2022 | Jan | 7.015 | 0.018 | 5.499 | 13.950 | 2.461 | 7.356 | 7.328 | 0.466 | 4.481 | 187,485.76 | 6.496 | 0.340 | 0.176 | 187,749.62 |
| 2022 | Feb | 7.263 | 0.019 | 7.585 | 17.325 | 2.888 | 8.799 | 8.765 | 0.484 | 4.392 | 255,781.46 | 7.821 | 0.472 | 0.236 | 256,117.61 |
| 2022 | Mar | 7.335 | 0.020 | 10.253 | 21.274 | 3.370 | 10.456 | 10.415 | 0.514 | 4.305 | 335,263.69 | 9.366 | 0.625 | 0.306 | 335,684.16 |
| 2022 | Apr | 7.790 | 0.021 | 11.032 | 22.924 | 3.568 | 11.156 | 11.110 | 0.526 | 4.219 | 368,696.25 | 10.010 | 0.689 | 0.335 | 369,151.69 |
| 2022 | May | 11.890 | 0.022 | 12.201 | 27.920 | 3.988 | 12.649 | 12.601 | 0.554 | 5.305 | 435,742.46 | 14.152 | 0.833 | 0.394 | 436,344.53 |
| 2022 | Jun | 18.101 | 0.007 | 13.577 | 34.349 | 4.410 | 14.341 | 14.288 | 0.188 | 7.288 | 510,691.02 | 21.478 | 1.021 | 0.461 | 511,532.15 |
| 2022 | Jul | 32.736 | 0.008 | 15.198 | 42.280 | 4.887 | 16.239 | 16.179 | 0.213 | 9.328 | 590,197.72 | 39.679 | 1.247 | 0.533 | 591,561.19 |
| 2022 | Aug | 117.153 | 0.009 | 17.685 | 68.821 | 6.003 | 20.496 | 20.429 | 0.237 | 11.032 | 714,538.52 | 125.102 | 1.817 | 0.647 | 718,207.44 |
| 2022 | Sep | 533.809 | 0.012 | 20.253 | 224.643 | 11.577 | 40.979 | 40.879 | 0.293 | 514.137 | 1,110,806.98 | 219.387 | 4.940 | 2.135 | 1,117,763.83 |
| 2022 | Oct | 704.917 | 0.014 | 24.282 | 280.632 | 14.188 | 49.471 | 49.337 | 0.358 | 650.524 | 1,299,051.10 | 306.909 | 6.064 | 4.371 | 1,308,530.83 |
| 2022 | Nov | 825.739 | 0.016 | 27.741 | 320.294 | 17.303 | 56.824 | 56.658 | 0.403 | 716.647 | 1,437,196.39 | 405.796 | 6.851 | 6.575 | 1,449,382.97 |
| 2022 | Dec | 896.509 | 0.018 | 29.914 | 345.446 | 19.304 | 60.636 | 60.443 | 0.450 | 741.462 | 1,522,996.00 | 474.408 | 7.326 | 8.360 | 1,537,039.39 |

**12-Month Monthly Summation Emissions**
**Shell Polymers Monaca**

| Year | Month | CO Monthly Emissions (tons/mo) | H2SO4 Monthly Emissions (tons/mo) | NH3 Monthly Emissions (tons/mo) | NOx Monthly Emissions (tons/mo) | PM (Filt) Monthly Emissions (tons/mo) | PM10 Monthly Emissions (tons/mo) | PM2.5 Monthly Emissions (tons/mo) | SO2 Monthly Emissions (tons/mo) | VOC Monthly Emissions (tons/mo) | CO2 Monthly Emissions (tons/mo) | CH4 Monthly Emissions (tons/mo) | N2O Monthly Emissions (tons/mo) | Total HAP Monthly Emissions (tons/mo) | CO2e Monthly Emissions (tons/mo) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | Jan | 0.004 | 0.000 | 0.000 | 0.004 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.69 | 0.001 | 0.000 | 0.000 | 0.707 |
| 2020 | Feb | 0.019 | 0.000 | 0.000 | 0.006 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.92 | 0.004 | 0.000 | 0.000 | 1.012 |
| 2020 | Mar | 0.020 | 0.000 | 0.000 | 0.007 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.99 | 0.004 | 0.000 | 0.000 | 1.082 |
| 2020 | Apr | 0.010 | 0.000 | 0.000 | 0.003 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.45 | 0.002 | 0.000 | 0.000 | 0.49 |
| 2020 | May | 0.004 | 0.000 | 0.000 | 0.001 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.12 | 0.001 | 0.000 | 0.000 | 0.13 |
| 2020 | Jun | 0.005 | 0.000 | 0.000 | 0.002 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.53 | 0.001 | 0.000 | 0.000 | 0.56 |
| 2020 | Jul | 0.009 | 0.000 | 0.000 | 0.004 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.62 | 0.001 | 0.000 | 0.000 | 0.66 |
| 2020 | Aug | 0.011 | 0.000 | 0.000 | 0.006 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.79 | 0.002 | 0.000 | 0.000 | 0.84 |
| 2020 | Sep | 0.257 | 0.000 | 0.000 | 0.201 | 0.010 | 0.010 | 0.009 | 0.002 | 0.101 | 182.52 | 0.010 | 0.001 | 0.000 | 183.20 |
| 2020 | Oct | 0.214 | 0.000 | 0.000 | 0.169 | 0.008 | 0.008 | 0.008 | 0.002 | 0.085 | 154.33 | 0.007 | 0.001 | 0.000 | 154.88 |
| 2020 | Nov | 0.143 | 0.000 | 0.000 | 0.114 | 0.005 | 0.005 | 0.005 | 0.001 | 0.053 | 97.08 | 0.007 | 0.001 | 0.000 | 97.49 |
| 2020 | Dec | 0.146 | 0.000 | 0.000 | 0.118 | 0.006 | 0.005 | 0.005 | 0.001 | 0.055 | 101.39 | 0.007 | 0.001 | 0.000 | 101.81 |
| 2021 | Jan | 0.266 | 0.000 | 0.000 | 0.212 | 0.011 | 0.010 | 0.010 | 0.002 | 0.107 | 193.78 | 0.009 | 0.002 | 0.002 | 194.48 |
| 2021 | Feb | 0.224 | 0.000 | 0.000 | 0.178 | 0.009 | 0.009 | 0.008 | 0.002 | 0.090 | 162.98 | 0.007 | 0.001 | 0.001 | 163.56 |
| 2021 | Mar | 0.225 | 0.000 | 0.000 | 0.179 | 0.009 | 0.009 | 0.008 | 0.002 | 0.090 | 163.57 | 0.007 | 0.001 | 0.001 | 164.15 |
| 2021 | Apr | 0.288 | 0.000 | 0.000 | 0.226 | 0.012 | 0.012 | 0.010 | 0.002 | 0.114 | 205.97 | 0.010 | 0.002 | 0.002 | 206.71 |
| 2021 | May | 0.241 | 0.000 | 0.000 | 0.191 | 0.013 | 0.012 | 0.009 | 0.002 | 0.096 | 174.05 | 0.008 | 0.001 | 0.002 | 174.67 |
| 2021 | Jun | 1.932 | 0.016 | 0.000 | 1.351 | 0.109 | 0.163 | 0.161 | 0.400 | 0.169 | 2,221.67 | 0.504 | 0.006 | 0.003 | 2,236.14 |
| 2021 | Jul | 1.631 | 0.000 | 0.001 | 1.476 | 0.121 | 0.218 | 0.216 | 0.003 | 0.210 | 3,696.37 | 0.523 | 0.008 | 0.004 | 3,711.90 |
| 2021 | Aug | 0.590 | 0.000 | 0.000 | 0.654 | 0.092 | 0.092 | 0.089 | 0.002 | 0.141 | 2,038.64 | 0.479 | 0.004 | 0.001 | 2,051.81 |
| 2021 | Sep | 0.542 | 0.000 | 0.058 | 1.043 | 0.124 | 0.253 | 0.250 | 0.003 | 0.214 | 8,099.97 | 0.534 | 0.009 | 0.019 | 8,116.07 |
| 2021 | Oct | 0.420 | 0.000 | 0.277 | 1.029 | 0.304 | 1.015 | 1.013 | 0.005 | 0.538 | 22,542.32 | 0.787 | 0.034 | 0.015 | 22,572.06 |
| 2021 | Nov | 0.119 | 0.001 | 0.650 | 1.579 | 0.576 | 2.037 | 2.036 | 0.013 | 1.086 | 40,915.92 | 1.130 | 0.068 | 0.032 | 40,964.44 |
| 2021 | Dec | 0.235 | 0.001 | 1.812 | 2.745 | 0.917 | 3.237 | 3.234 | 0.015 | 1.725 | 57,105.32 | 1.531 | 0.108 | 0.050 | 57,175.77 |
| 2022 | Jan | 0.568 | 0.001 | 2.701 | 3.299 | 0.174 | 0.299 | 0.295 | 0.017 | 0.008 | 50,158.98 | 0.977 | 0.097 | 0.045 | 50,212.35 |
| 2022 | Feb | 0.472 | 0.001 | 2.087 | 3.553 | 0.436 | 1.451 | 1.445 | 0.020 | 0.001 | 68,458.68 | 1.332 | 0.133 | 0.062 | 68,531.55 |
| 2022 | Mar | 0.298 | 0.001 | 2.668 | 4.128 | 0.491 | 1.666 | 1.658 | 0.032 | 0.004 | 79,645.80 | 1.552 | 0.155 | 0.072 | 79,730.70 |
| 2022 | Apr | 0.742 | 0.001 | 0.780 | 1.877 | 0.210 | 0.711 | 0.705 | 0.014 | 0.028 | 33,638.53 | 0.654 | 0.065 | 0.030 | 33,674.24 |
| 2022 | May | 4.341 | 0.001 | 1.169 | 5.186 | 0.433 | 1.506 | 1.500 | 0.029 | 1.181 | 67,220.26 | 4.150 | 0.146 | 0.061 | 67,367.51 |
| 2022 | Jun | 8.143 | 0.001 | 1.376 | 7.780 | 0.531 | 1.855 | 1.847 | 0.034 | 2.153 | 77,170.23 | 7.829 | 0.194 | 0.070 | 77,423.76 |
| 2022 | Jul | 16.266 | 0.001 | 1.622 | 9.407 | 0.598 | 2.116 | 2.107 | 0.027 | 2.249 | 83,203.07 | 18.724 | 0.234 | 0.076 | 83,740.94 |
| 2022 | Aug | 85.007 | 0.001 | 2.487 | 27.195 | 1.208 | 4.349 | 4.339 | 0.026 | 1.845 | 126,379.44 | 85.902 | 0.574 | 0.116 | 128,698.05 |
| 2022 | Sep | 417.198 | 0.002 | 2.626 | 156.865 | 5.699 | 20.736 | 20.700 | 0.060 | 503.319 | 404,368.43 | 94.819 | 3.133 | 1.507 | 407,672.46 |
| 2022 | Oct | 171.528 | 0.003 | 4.306 | 57.018 | 2.915 | 9.507 | 9.471 | 0.070 | 136.926 | 210,786.44 | 88.309 | 1.157 | 2.252 | 213,339.05 |
| 2022 | Nov | 120.940 | 0.002 | 4.108 | 41.240 | 3.691 | 9.390 | 9.357 | 0.059 | 67.208 | 179,061.22 | 100.017 | 0.855 | 2.236 | 181,816.58 |
| 2022 | Dec | 71.006 | 0.002 | 3.985 | 27.897 | 2.918 | 7.050 | 7.019 | 0.062 | 26.540 | 142,904.93 | 70.142 | 0.583 | 1.835 | 144,832.19 |

Case 2:23-cv-00794-RJC   Document 1-4   Filed 05/11/23   Page 10 of 13



**pennsylvania**
DEPARTMENT OF ENVIRONMENTAL PROTECTION

## NOTICE OF VIOLATION

February 13, 2023

**VIA EMAIL: Kimberly.Kaal@shell.com**

Kimberly Kaal, Environmental Manager
Shell Chemical Appalachia LLC
300 Frankfort Road
Monaca, PA 15061

Re:   PA-04-00740C
      Shell Petrochemicals Complex
      12-month Rolling Emissions Exceedances (November & December 2022)
      Potter Township
      Beaver County

Dear Kimberly Kaal:

The Shell Chemical Appalachia LLC ("Shell") Petrochemicals Complex ("Facility") is authorized to be constructed and for temporary operation pursuant to plan approvals PA-04-00740A, PA-04-00740B, and PA-04-00740C most recently extended September 15, 2022. On January 20, 2023, Shell provided emissions data, including 12-month rolling emissions totals for the periods ending in November 2022 and December 2022. Following review of this data, the Department of Environmental Protection (DEP) has noted the following violations:

> Section C, Condition #005 of PA-04-00740C imposes 12-month rolling total emission limitations of 516.2 tons of Volitile Organic Compounds (VOC) and 328.5 tons of Nitrogen Oxides (NOx). The 12-month rolling emissions data provided by Shell shows that for the 12-month period ending in November of 2022 total VOC emissions reached 716.6 tons, for the 12-month period ending in December of 2022 total VOC emissions reached 741.5 tons, and for the 12-month period ending in December of 2022 total NOx emissions reached 345.4 tons. By exceeding the 12-month rolling emissions totals for VOC (November 2022 and December 2022) and NOx, (December 2022) Shell violated Section C, Condition #005 of PA-04-00740C and 25 Pa. Code §127.25. Each 12-month period with total emssions in excess of the applicable limitation for each pollutant set forth in Section C, Condition #005 constitutes a separate violation.

The above violations constitute unlawful conduct and a public nuisance as defined by Sections 8 and 13 of the Air Pollution Control Act (APCA), 35 P.S. Sections 4008 and 4013, respectively. Violations of DEP's permits and Air Quality regulations are subject to the penalties of Sections 9 and 9.1 of the APCA.

Bureau of Air Quality | Southwest Regional Office
400 Waterfront Drive | Pittsburgh, PA 15222-4745 | 412.442.4000 | F 412.442.4194 | www.dep.pa.gov

Shell Chemical Appalachia LLC                                - 2 -                                                          2/13/2023

This Notice of Violation is neither an order nor any other final action of DEP. It neither imposes nor waives any enforcement action available to DEP under any of its statutes. If DEP determines that an enforcement action is appropriate, you will be notified of the action.

If you have any questions concerning this matter, please contact Kristin Goddard at kgoddard@pa.gov or 412.442.4039 or me at mgorog@pa.gov or at 412.442.4150.

Sincerely,

Mark R. Gorog, P.E.
Environmental Manager
Air Quality Program

cc:     Operations – E. Speicher
        Compliance – K. Goddard
        SW OCC – M. Heilman
        SW ARD – K. Halloran
        Central Office (via email)
        Enforcement File: 04-740








**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

New York, NY 10011

| | | |
|---|---|---|
| Certified Mail Fee | $4.15 | 0238 |
| $ | $3.35 | 45 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☑ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.74 | |
| $ | | 02/17/2023 |
| Total Postage and Fees | $9.24 | |

Sent To _CT Corporation System_
Street and Apt. No., or PO Box No. _111 Eighth Avenue_
City, State, ZIP+4® _New York, NY 10011_

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Tracking: 7022 0410 0002 7618 9762

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Harrisburg, PA 17101

| | | |
|---|---|---|
| Certified Mail Fee | $4.15 | 0238 |
| $ | $3.35 | 45 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☑ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.74 | |
| $ | | 02/17/2023 |
| Total Postage and Fees | $9.24 | |

Sent To _Richard Negrin_
Street and Apt. No., or PO Box No. _400 Market Street_
City, State, ZIP+4® _Harrisburg, PA 17101_

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Tracking: 7022 0410 0002 2213 1997