# Exhibit 3

Letter to C.T. Corporation System (Feb. 22, 2023) and Certified Mail Receipt.

 

February 22, 2023

*VIA CERTIFIED MAIL, RETURN RECIEPT REQUESTED*

C.T. Corporation System
*Agent for Service of Process for*
*Shell Oil Company and*
*Shell Chemical Appalachia, L.L.C.*
600 North 2nd Street
Suite 401
Harrisburg, Pennsylvania 17101
Certified Mail # 70220410000222133252

**Re:   Notice of Intent to Sue the Owner and Operator of the Shell Polymers Monaca Site in Beaver County, Pennsylvania, for Violations of the Clean Air Act**

To Whom it may concern:

On behalf of Clean Air Council and its individual members, we are writing to provide you with copies of two notice letters, dated February 2, 2023, and February 17, 2023, in your capacity as the registered agent for service of process for Shell Oil Company and Shell Chemical Appalachia, LLC. These letters provide notice that Clean Air Council intends to file a civil lawsuit against Shell Chemical Appalachia, LLC, a subsidiary of Shell Oil Company, for repeated violations of the federal Clean Air Act, 42 U.S.C. § 7401 et seq., and the Pennsylvania Air Pollution Control Act, 35 P.S. § 4001 et seq., which occurred and continue to occur at the Shell Polymer Monaca Site in Beaver County, Pennsylvania.

Sincerely,

Environmental Integrity Project
Sarah Kula, Attorney
Phone: (202) 599-9786
Skula@environmentalintegrity.org
Jen Duggan, Deputy Director
Phone: (202) 263-4446
Jduggan@environmentalintegrity.org
1000 Vermont Ave., NW, Suite 1100
Washington, D.C. 20005

Clean Air Council
Alex Bomstein, Legal Director
Phone: (215) 567-4004 (x118)
Abomstein@cleanair.org
Lauren Otero, Attorney
Lotero@cleanair.org
135 South 19th Street, Suite 300
Philadelphia, PA 19103

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Harrisburg, PA 17101

OFFICIAL USE

Certified Mail Fee  $4.15
$                                             0238
                          $3.25              45
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00     Postmark
☐ Adult Signature Required         $ $0.00      Here
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$ $9.55

Total Postage and Fees
$ $17.05                                02/22/2023

Sent To
C.T. Corporation System
Street and Apt. No., or PO Box No.
600 North 2nd Street   Suite 401
City, State, ZIP+4®
Harrisburg, PA  17101

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 0410 0002 2213 3252