# Exhibit 6

Shell Polymers Monaca Flare Minimization Plan (Sept. 2020).





# Shell Polymers Monaca Flare Minimization Plan

High Pressure and Low Pressure Flare
Header Systems Minimization Plan

September 2020

Project No.: 0526034

*The business of sustainability*



# CONTENTS

1.   INTRODUCTION ....................................................................................................................... 2
     1.1   Purpose ......................................................................................................................... 2
     1.2   Minimizations ................................................................................................................ 3
           1.2.1   Site-Wide Minimization Measures ................................................................. 3
           1.2.2   Unit-Specific Reductions ............................................................................... 4
     1.3   Revisions to the Flare Minimization Plan ..................................................................... 4

2.   HIGH PRESSURE FLARING SYSTEM ................................................................................... 5
     2.1   General Description of the High Pressure Flaring System ............................................ 5
     2.2   Flare Specifications ...................................................................................................... 5
     2.3   Monitoring System Description ..................................................................................... 7
     2.4   Flaring Activities at the Process Level .......................................................................... 8
     2.5   Flaring Activities at the Process Level – Reductions Previously Realized .................... 8

3.   LOW PRESSURE FLARING SYSTEM .................................................................................... 9
     3.1   General Description of the Low Pressure Flaring System ............................................. 9
     3.2   Flare Specifications .................................................................................................... 10
     3.3   Monitoring System Descriptions ................................................................................. 11
     3.4   Flaring Activities at the Process Level ........................................................................ 12
     3.5   Flaring Activities at the Process Level – Reductions Previously Realized .................. 12

4.   BASELINE FLOW DETERMINATION .................................................................................... 13
     4.1   High Pressure Header ................................................................................................. 13
     4.2   Low Pressure Header ................................................................................................. 13
     4.3   Alternate Baseline (Process Scenario Description, Daily Flow, Expected Duration) ........ 14

5.   FLARING EVENT MANAGEMENT ....................................................................................... 15


APPENDIX A        FACILITY-WIDE PLOT PLANS – FLARE LOCATIONS
APPENDIX B        FLARE DIAGRAMS (P&IDS)
APPENDIX C        FLARE OPERATION, MAINTENANCE AND MINIMIZATION PROCEDURES
APPENDIX D        FLARE CONNECTION LIST
APPENDIX E        MONITORING EQUIPMENT SPECIFICATIONS AND DATA SHEETS
APPENDIX F        FLARE MINIMIZATION PLAN REVISION LOG


List of Tables

Table 1: Units Connected to the HP and LP Flare Header Systems .............................................. 2
Table 2: HP Flare Header Components and Parameters ............................................................... 6
Table 3: HP Flare Header Flows .................................................................................................. 7
Table 4: LP Flare Header Components and Parameters ............................................................. 10
Table 5: LP Flare Header Flows ................................................................................................ 11

List of Figures

Figure 1: High Pressure Flare Header System Overview .............................................................. 5
Figure 2: Low Pressure Flare Header System Overview .............................................................. 9

# 1.    INTRODUCTION

Shell Chemical Appalachia LLC (Shell) operates the Shell Polymers Monaca site (SPM or Site) in Potter and Center Township, Beaver County, Pennsylvania. The facility's purpose is to convert ethane into ethylene and subsequently polyethylene, which is the key building block for many plastic products used daily. In order to ensure safe working conditions for the employees on-site and minimal environmental impact for the surrounding area, VOC emissions resulting from startup, shutdown, maintenance, and unforeseeable events are combusted by flares. The site has two flaring header systems incorporating four (4) flare systems and one (1) thermal oxidizer. The flaring header systems receive process discharges from the inside battery limits (ISBL) process units and outside battery limits (OSBL) ancillary equipment of the ethylene and polyethylene manufacturing lines. The High Pressure (HP) Flare Header system controls vapor streams generated by the ethane cracking unit (ethylene manufacturing line) and polyethylene manufacturing line. The High Pressure Flare system consists of two enclosed Ground Flares (HP Ground Flares) and one Elevated Flare. The Low Pressure Flare system consists of a continuous vent thermal oxidizer (CVTO) and a Multipoint Ground Flare (LP MPGF). The CVTO controls continuous vents from PE 1/2, PE3, railcar rack, and the storage tank vents, while the LP MPGF controls episodic/emergency reliefs from PE 1/2, vents from the refrigerated ethylene storage tank, and the CVTO stream in the event the thermal oxidizer is not available. See **Appendix A** for a full facility-wide plot plan including flare locations. The units and equipment associated with the HP and LP Flare Headers are summarized in **Table 1** below.

### Table 1: Units Connected to the HP and LP Flare Header Systems

| Flare Header | Process Units Connected (ISBL) | Ancillary Equipment Connected (OSBL) |
|---|---|---|
| High Pressure | Vapor from ECU Area<br>Vapor from PE1 and PE 2 Units<br>Vapor from PE3 Unit | Vapor from V-64303 (Storage Vessel)<br>Vapor from Railcar Loading Area<br>Vapor from Ethylene Storage Area<br>Vapor from C3+, Butane Storage Area<br>Vapor from Bullets Storage Area |
| Low Pressure | Vents from PE1 and PE2 Units<br>Continuous Gases from PE3 Unit<br>Episodic Vents from PE1 and PE2 | Blowdown from P-64302A/B<br>Vents from Hexene Disengaging Drum<br>Vent from Hexene, Light Gasoline &<br>Pyrolysis Fuel Oil Area<br>Ethylene Vapors from Refr. Tank T-64210<br>Vapors from Railcar Loading Area |

Appendices attached to this document include the facility-wide plot plan (**Appendix A**), flare diagrams (**Appendix B**), flare operation, maintenance, and minimization procedures (**Appendix C**), flare connection list (**Appendix D**), monitoring equipment specifications (**Appendix E**), and flare minimization plan revision log (**Appendix F**).

## 1.1    Purpose

Shell has developed and implemented this Flare Minimization Plan (FMP) pursuant to the requirements of Plan Approval No. 04-00740A ("Plan Approval") and the Settlement Agreement[1]. These binding documents require that Shell:

■   Establish a baseline flow volume for all operating scenarios;

---

[1] Following the June 18, 2015 issuance of Plan Approval No. 04-00740A to Shell Chemical Appalachia LLC ("Shell") for SPM, Clean Air Council and Environmental Integrity Project submitted an appeal on August 3, 2015. The appeal was settled without further litigation, and a Settlement Agreement was signed by both parties. The Settlement Agreement, among other stipulations, require that Shell adhere to additional operational conditions regarding their flaring systems.

- Document procedures for operating and maintaining the High Pressure and Low Pressure flaring systems during periods of process unit startup, shutdown, and unforeseeable events;

- Implement a program of corrective action for malfunctioning process equipment;

- Identify procedures to minimize discharges either directly to the atmosphere or to the HP and LP systems during the planned and unplanned startup or shutdown or process unit and air pollution control equipment;

- Conduct a root cause analysis (RCA) and corrective action analysis (CAA) into the cause of flaring that exceeds an applicable flow threshold (500,000 standard cubic feet per day [SCFD] over identified baseline in any 24-hour period);

- Implement (or develop a schedule for implementing) the corrective actions identified through the RCAs; and

- Continuously monitor the volume, composition/net heating value (NHV) of streams vented to flare, pilot flame presence, and visible emissions from the flares.

The development and implementation of this FMP is a mandatory requirement of the Plan Approval. As required by the Plan Approval, the plan is submitted to the Pennsylvania Department of Environmental Protection (PADEP). In addition to meeting mandatory Plan Approval requirements, this FMP provides evergreen documentation of SPM's commitment to reduce emissions from its flares.

Deviations from this FMP – including unavoidable or inadvertent deviations – must be reported to the SPM Environmental Department immediately (or in advance when advance notice is feasible). This FMP may be amended as necessary to reflect new information or future changes in equipment or operations. The SPM Environmental Department should be consulted before changes are made to this FMP or to the procedures and equipment it addresses.

## 1.2 Minimizations

SPM achieves flare minimization through careful planning and evaluation of flaring events from similar facilities. Although work processes and systems are in place to minimize flaring to a practical extent, some flaring events still do occur. Flaring events or those events that exceed applicable permit or regulatory limits are investigated to determine root cause(s), followed by corrective actions which are taken to prevent recurrence. Flaring events which do not exceed permit limits are reported to management staff and may be reviewed, as appropriate, to understand the failure modes and access recurrent failures. The site will adjust the operation of process units to minimize flaring when consistent with safe operation.

### 1.2.1 Site-Wide Minimization Measures

At the site, various prevention measures related to procedures, best practices, and other resources used to minimize or eliminate flaring are in place during operation. These prevention measures include:

- Site maintenance and turnaround environmental requirements;

- Environmental incidents reporting; and

- Reliability and maintenance programs.

Site maintenance and turnaround requirements involve a specific plan for each planned turnaround or major maintenance activity. This would include the evaluation of past turnarounds to improve on current procedures as a means to further reduce flaring. Environmental incident reporting describes the procedure for internal reporting of environmental occurrences. The procedure addresses reporting, tracking, and investigation of flaring events caused by planned and unplanned startup or shutdown of

process unit and air pollution control equipment. Any unplanned flaring is covered by this procedure and recommends the level of investigation required. Reliability and maintenance programs are part of the several key work processes that keep flare instrumentation and controls operating.

Prevention measures related to process equipment and hardware at the site include monitoring and controlling NHV and specific gravity of tailgas/natural gas blends. This monitoring helps maintain the stability of the cracking furnaces and allow operators to anticipate changes in raw fuel composition that are required for stable operation of the Ethylene Cracking Units (ECU). The ability to pressure control the tailgas system with purchased natural gas reduces flaring which may otherwise result from dynamic variations of fuel gas contributors. Proper fuel gas system supply pressure is important for the reliable operation of the ECU. Having a range of streams available to provide pressure control minimizes the risk of fuel system pressure disturbances which would otherwise lead to process upsets and result in flaring.

### 1.2.2    Unit-Specific Reductions

Individual process units were designed to utilize the flaring system in certain planned or unplanned conditions, and minimization techniques were incorporated into equipment and process design. Shell developed a approach for the ECU involving an Off-Spec Sphere, designed to re-use the ethane and ethylene mixture generated during initial plant start-up. The sphere serves to both hold clean ethane in case of a process upset, as well as provide additional storage capacity for the purged ethane/ethylene mixture. The Off-Spec sphere is not required to operate the plant, but its use increases flaring mitigation, improves reliability and up-time, and extends the range of acceptable ethylene.

The ECU was designed for a minimum turndown of 40% feed, while typical crackers are designed with a minimum plant throughput of around 60%. During the normal startup (as well as initial startup) of similar units, flaring is expected at various stages as the unit is inventoried, stabilized, and brought on-test. Shell designed and constructed recycle loops from the back-end to the front-end of the process in order to build up higher volume than the direct feed and minimize flaring at these start-up stages.

In order to limit the potential for flaring, specialized equipment (along with various controls) were added to the ECU and the Polyethylene Units (PE). This equipment is liquefies portions of the product to reduce flaring and increase overall reliability of the plant. The liquefied portion is sent to an atmospheric storage tank capable of holding enough ethylene to provide spare capacity or full flow of ethylene in case of PE or ECU trip, respectively.

## 1.3    Revisions to the Flare Minimization Plan

The SPM FMP is reviewed annually. Revisions are captured and made to the contents of the Flare Minimization Plan when changes or corrections are made to any of the following:

- SPM Flare Minimization practices and procedures;

- Flare equipment or controls, information, and drawings included in this narrative or associated appendices; or

- Baseline flows to either the Low Pressure or High Pressure flaring systems.

Each version of this FMP is maintained to enable tracking of progress, and is documented and tracked within the revision log incorporated into the document (**Appendix F**).

## 2.   HIGH PRESSURE FLARING SYSTEM

### 2.1   General Description of the High Pressure Flaring System

The High Pressure Flare Header system receives process discharges from protective safety devices from the ISBL (ECU, PE1, PE2, and PE3) and OSBL units. The header feeds discharges to two totally enclosed Ground Flares (HP Ground Flares), each rated at 150 tonnes per hour [TPH], and one Elevated Flare (HP Elevated Flare) rated at 1,350 TPH. All HP Flare streams, except those from OSBL, are routed through each unit's flare knockout drum(s) before connecting to the main HP Flare Header at the unit battery limits. A main HP Flare Knockout (K.O.) Drum, V-59001, is installed upstream of the HP Ground Flares, A-59001A/B, and the Elevated Flare, A-59002. The HP Elevated Flare is steam assisted while the two HP Ground flares are unassisted. **Figure 1** below shows the configuration of the HP Flare Header system.

**Figure 1: High Pressure Flare Header System Overview**



The two HP Ground Flares are used on a routine basis and are the primary flares in the HP Header system. Shell operates the HP Elevated Flare as a secondary system to be used when the combined capacities of the two HP Ground Flares are exceeded.

### 2.2   Flare Specifications

The HP Flare Header physical system components and operating parameters are listed below in Table 2:

## Table 2: HP Flare Header Components and Parameters

| | HP Ground Flare #1 and HP Ground Flare #2 | HP Elevated Flare |
|---|---|---|
| **A.   Flare Tip** | | |
| Type | Ground Flare | Elevated Flare |
| Date Installed | Projected 2021 | Projected 2021 |
| Manufacturer | Zeeco | Zeeco |
| Nominal Tip Diameter | Not Applicable | 5'4" |
| Effective Tip Diameter | Not Applicable | 6' |
| **B.   Knockout or Surge Drum(s) or Pot(s)** | | |
| Vessel Name | V-59001 | |
| Dimensions | 5.5 m (ID) x 27.5 m (T/T) | |
| Design Volume | 697 m³ | |
| Location | Upstream of HP Ground Flares (#1 and #2) and HP Elevated Flare. See **Appendix A**. | |
| **C.   Smokeless Capacity** | | |
| Smokeless Capacity (based on 15-minute block average and design conditions) | 300 TPH (150 TPH each) | 180 TPH |
| **D.   Assist System** | | |
| Assist Type | Unassisted | Steam Assisted |
| Maximum Flow Total | Not applicable | 84,000 kg/hr |
| **E.   Ignition System** | | |
| Number of Pilots | 17 | 4 |
| Pilot Fuel Type | Natural Gas | Natural Gas or Propane |
| Pilot Fuel Rate | 20.4 SCFM each | 68,600 kJ/hr |
| Flame Presence Detection Method | Thermocouple | Thermocouple |
| **F.   Lines Exempt from Monitoring** | | |
| Lines | Pilot line | Pilot line |
| **G. Additional Parameters** | | |
| Description of Water Seal | There is no water seal installed at the HP Ground Flares. | V-59003 Seal Drum. 50% Glycol, 50% Water |
| Flare Gas Recovery System | A flare gas recovery system is not used. | A flare gas recovery system is not used. |

Table 3 below describes specific flows to the HP header and associated flaring systems, their respective rates, and introduction locations (if applicable):

Case 2:23-cv-00794-RJC   Document 1-8   Filed 05/11/23   Page 9 of 31

SHELL POLYMERS MONACA FLARE MINIMIZATION PLAN                    HIGH PRESSURE FLARING SYSTEM
High Pressure and Low Pressure Flare Header Systems

## Table 3: HP Flare Header Flows

| | HP Ground Flare #1 and HP Ground Flare #2 | HP Elevated Flare |
|---|---|---|
| **A. Supplemental Gas** | | |
| Supplemental Gas Type | Natural Gas | |
| Maximum Supplemental Gas Flow Rate | 78 kg/hr | |
| Supplemental Gas Introduction Locations | Introduced to vent gas header downstream of V-59001 via 590FCV-012. | |
| **B. Sweep Gas** | | |
| Sweep Gas Type | Nitrogen and Natural Gas | |
| Maximum Sweep Gas Flow Rate | 740 kg/hr | |
| Sweep Gas Introduction Locations | Introduced to vent gas header downstream of V-59001. | |
| **C. Purge Gas** | | |
| Purge Gas Type | Not Applicable | Nitrogen |
| Minimum Purge Gas Flow Rate | Not Applicable | No purge during normal operation. |
| Maximum Purge Gas Flow Rate | Not Applicable | 2500 kg/hr |
| Purge Gas Introduction Locations | Not Applicable | Introduced to vent gas header downstream of V-59003 via 500UZV-112. |
| **D. Vent Gas** | | |
| Maximum Vent Gas Flow Rate | 300,000 kg/hr | 1,350,000 kg/hr |

Flare drawings and connections can be found in **Appendices B and C**.

## 2.3    Monitoring System Description

This section provides a technical description of the flare-specific monitoring equipment at SPM required by the Settlement Agreement and Plan Approval. The HP Flares are monitored by the following equipment:

- Flame detection system monitoring pilot flame presence;

- Video surveillance camera for visible emissions;

- Flare header volumetric flow rate monitor; and

- Flare vent gas composition monitor.

The Settlement Agreement references NESHAPs Subpart CC (Refinery MACT) 40 Code of Federal Regulations (CFR) §63.670 and §63.671, which establish various monitoring requirements for flare systems. Pilot flame detection at the flare tip(s) is conducted using fixed thermocouples on each pilot. Visible emissions are monitored via video surveillance of the HP Flares. The video surveillance camera(s) are placed at a reasonable distance and at an angle suitable for such observations, and real-time output is provided to the control room/continuously manned locations where the images may be viewed at any time.

Flare header volumetric flow rate monitors are required for flare vent gas, steam assist and air assist flows to verify compliance with applicable flare tip velocity and flow rate limits, including the root cause

Case 2:23-cv-00794-RJC   Document 1-8   Filed 05/11/23   Page 10 of 31

SHELL POLYMERS MONACA FLARE MINIMIZATION PLAN                                    HIGH PRESSURE FLARING SYSTEM
High Pressure and Low Pressure Flare Header Systems

analysis threshold over the determined baseline. Volumetric flow rate monitors are installed for the HP header, including requisite monitors for continuous steam flows. Finally, the HP Flare Header is equipped with a gas chromatograph, which monitors the composition of the flare vent gas to demonstrate compliance with NHV requirements, detailed below. See **Appendix E** for the monitoring system instrumentation data sheets.

The Settlement Agreement requires Shell to operate and maintain the NHV of the flare combustion zone at or above a certain level. The NHV of each flare shall be monitored and calculated as specified in the Plan Approval No. 04-00740A and the Settlement Agreement. For the HP Elevated Flare, the NHV should be maintained at or above 300 British Thermal Units per standard cubic foot (BTU/SCF) determined on a 15 minute period basis when regulated material is routed to the flare for at least 15 minutes. For the HPGFs, the NHV should be maintained at or above 500 BTU/SCF determined on a 15 minute period basis when regulated material is routed to the flare for at least 15 minutes. In the case that the heat content falls below the requisite threshold, supplemental natural gas is injected to restore gross heat content to above the requirement.

## 2.4    Flaring Activities at the Process Level

The Flare Minimization Plan conditions outlined in the Plan Approval require SPM to:

- Document procedures for operating and maintaining the HP and LP Systems during periods of process unit startup, shutdown, and unforeseeable events; and

- Identify procedures to minimize discharges either directly to the atmosphere or to the HP and LP Systems during the planned and unplanned startup or shutdown of process unit and air pollution control equipment.

**Appendix C** lists procedures in place at SPM for the operation and maintenance of the HP system, as well as procedures to minimize discharges to the atmosphere or HP system, both during planned and unplanned conditions.

## 2.5    Flaring Activities at the Process Level – Reductions Previously Realized

As of the September 2020 revision of this FMP, no additional reductions other than those designed in process or included in previously described procedures have been implemented. This section remains evergreen and will be updated upon each revision to document all reductions realized.

Case 2:23-cv-00794-RJC   Document 1-8   Filed 05/11/23   Page 11 of 31

SHELL POLYMERS MONACA FLARE MINIMIZATION PLAN                                    LOW PRESSURE FLARING SYSTEM
High Pressure and Low Pressure Flare Header Systems

## 3.    LOW PRESSURE FLARING SYSTEM

### 3.1    General Description of the Low Pressure Flaring System

The Low Pressure Flare Header system comprises of a Continuous Vent Thermal Oxidizer (CVTO), A-59003, and a Multipoint Ground Flare Package (LP MPGF), A-59004. A dedicated Thermal Oxidizer Knockout [K.O.] Pot, V-59005) is located upstream of the CVTO. The CVTO processes continuous vents from PE1/2 and PE3, the railcar rack vents, and the storage tank vents. While the CVTO is a thermal oxidizer and not a flare, it is included in the flare minimization plan as it provides integral support to the LP flaring system at SPM by minimizing flows to the LP MPGF. Additionally, the CVTO is included in Section D, Source ID: 204, Low Pressure (LP) Header System of Plan Approval No. 04-00740A, which requires the development of the flare minimization plan for the LP Header System, of which the CVTO is a part. The LP MPGF processes episodic and emergency reliefs from PE1/2, vents from the refrigerated ethylene storage tank, and the CVTO stream in the event that the thermal oxidizer is not available. The CVTO is sized for 10 TPH design capacity, with a normal flow of less than 7 TPH. The LP MPGF is sized with three independent headers, with relative capacities of 32,219 kilograms/hour [kg/hr], 26,900 kg/hr, and 14,947 kg/hr. The low pressure episodic vents from the PE1/2 units are connected to a dedicated LP Flare Header at the PE1/2 battery limits, and is routed to the LP MPGF directly. The refrigerated ethylene tank storage vent discharges through a dedicated line directly to the LP MPGF. The LP MPGF package is unassisted. Figure 2 below shows the configuration of the LP Flare Header system.

### Figure 2: Low Pressure Flare Header System Overview



During normal operation, gases from the railcar loading area, hexene disengaging drum, blowdown from P-64302A/B, vents from hexene, light gasoline & pyrolysis fuel oil area, vents from PE 1/2 units, and from the PE3 unit are directed to the CVTO, rated at 10 TPH. During emergency situations, when these gases exceed the capacity of the CVTO, the excess gas is directed to one dedicated header in the LP MPGF. The CVTO is sized and designed to ensure a residence time and operating temperature that results in a high destruction efficiency (i.e. > 99.9%) when combusting routinely generated vent gases from the PE unit.

Case 2:23-cv-00794-RJC   Document 1-8   Filed 05/11/23   Page 12 of 31

SHELL POLYMERS MONACA FLARE MINIMIZATION PLAN                                    LOW PRESSURE FLARING SYSTEM
High Pressure and Low Pressure Flare Header Systems

## 3.2    Flare Specifications

The LP Flare Header system components and operating parameters are listed below in Table 4.

### Table 4: LP Flare Header Components and Parameters

| | MPGF Line 1 (PE-1/PE-2) | MPGF Line 2 (Ethylene) | MPGF Line 3 (Back-Up to TO) | Continuous Vent Thermal Oxidizer |
|---|---|---|---|---|
| **A.   General Information** | | | | |
| Type | Ground Flare | Ground Flare | Ground Flare | Thermal Oxidizer |
| Date Installed | Projected 2021 | Projected 2021 | Projected 2021 | TBD |
| Manufacturer | Zeeco | Zeeco | Zeeco | John Zink Company, LLC |
| Number of Burners | 14 | 17 | 7 | 1 |
| **B.   Knockout or Surge Drum(s) or Pot(s)** | | | | |
| Vessel Name | LP Flare Knockout Drum | Not applicable | V-59005 | |
| Dimensions | 2.0 m (ID) x 7.1m (T/T) | Not applicable | 2.5m (ID) x 6.625m (T/T) | |
| Design Volume | 24.4 m³ | Not applicable | 36.6m³ | |
| Location | PE 1-2 | Not applicable | Upstream of CVTO and MPGF Back-up to TO. See **Appendix A**. | |
| **C.   Smokeless Capacity** | | | | |
| Smokeless Capacity (based on 15-minute block average and design conditions) | 32,219 kg/hr | 26,900 kg/hr | 14,947 kg/hr | 10,000 kg/hr |
| **D.   Assist System** | | | | |
| Assist Type | Air | Air | Air | Air |
| Maximum Flow Total (Nm³/hr) | 69,716 | 136,629 | 23,629 | 132,468 |
| **E.   Ignition System** | | | | |
| Number of Pilots | 14 | 17 | 7 | 1 |
| Pilot Fuel Type | Natural Gas, Propane for some start-ups | Natural Gas, Propane for some start-ups | Natural Gas, Propane for some start-ups | Natural Gas, spark ignition |
| Pilot Capacity | 68,600 kJ/hr | 68,600 kJ/hr | 68,600 kJ/hr | 530,000 kJ/hr |
| Flame Presence Detection Method | Thermocouple (2 per pilot) | Thermocouple (2 per pilot) | Thermocouple (2 per pilot) | 2 UV Flame Scanners |
| **F.   Lines Exempt from Monitoring** | | | | |
| Lines | Pilot line | Pilot line | Pilot line | Pilot line |
| **G.   Additional Parameters** | | | | |
| Description of water seal | There is no water seal installed at Units in the LP Flare Header system. | | | |
| Flare Gas Recovery System | A flare gas recovery system is not used in the LP Flare Header system. | | | |

Table 5 below describes specific flows to the LP Flare Header and associated flaring systems, their respective rates, and introduction locations (if applicable):

### Table 5: LP Flare Header Flows

| | MPGF Line 1 (PE-1/PE-2) | MPGF Line 2 (Ethylene) | MPGF Line 3 (Back-Up to TO) | Continuous Vent Thermal Oxidizer |
|---|---|---|---|---|
| **A. Supplemental Gas** | | | | |
| Supplemental Gas Type | Natural Gas | | Natural Gas | Natural Gas |
| Maximum Supplemental Gas Flow Rate | 1,550 kg/hr | | 1,550 kg/hr | 224 kg/hr |
| Supplemental Gas Introduction Locations | Natural gas introduced to stream via regulating flow control valve 590FCV-046 | Not Applicable | Natural gas introduced to stream via regulating flow control valve 590FCV-045 | Natural gas introduced to stream via 590FCV-401 |
| **B. Sweep Gas** | | | | |
| Sweep Gas Type | Natural Gas | | Natural Gas | |
| Maximum Sweep Gas Flow Rate | 35.75 kg/hr | | 60.5 kg/hr | |
| Sweep Gas Introduction Locations | Natural gas introduced to stream via regulating flow control valve 590FCV-046 | Not Applicable | Natural gas introduced to stream via regulating flow control valve 590FCV-045 | |
| **C. Purge Gas** | | | | |
| Purge Gas Type | Not Applicable | | | |
| Minimum Purge Gas Flow Rate | Not Applicable | | | |
| Purge Gas Introduction Locations | Not Applicable | | | |
| **D. Vent Gas** | | | | |
| Maximum Vent Gas Flow Rate | 32,219 kg/hr | 26,900 kg/hr | 14,947 kg/hr | 10,000 kg/hr |

Flare drawings and connections can be found in **Appendices B and C**.

## 3.3    Monitoring System Descriptions

This section provides a technical description of the flare-specific monitoring equipment at SPM required by the Settlement Agreement and Plan Approval. The LP flares are monitored by the following equipment:

- Flame detection system monitoring pilot flame presence;

- Video surveillance camera for visible emissions;

- Flare header volumetric flow rate monitor; and

- Flare vent gas composition monitor.

The Settlement Agreement references NESHAPs Subpart CC (Refinery MACT) 40 Code of Federal Regulations (CFR) §63.670 which establishes various monitoring requirements for flare systems. Pilot

flame detection at the flare tip(s) is conducted using fixed thermocouples on each pilot. Visible emissions are monitored via video surveillance of the LP Flares. The video surveillance camera(s) are placed at a reasonable distance and at an angle suitable for such observations, and real-time output is provided to the control room/continuously manned locations where the images may be viewed at any time.

Flare header volumetric flow rate monitors are required for flare vent gas, steam assist and air assist flows to verify compliance with applicable flare tip velocity and flow rate limits, including the root cause analysis threshold over the determined baseline. Finally, the LP Flare Header is equipped with a gas chromatograph, which monitors the composition of the flare vent gas to demonstrate compliance with NHV requirements, detailed below. See **Appendix E** for the monitoring system instrumentation data sheets.

The Settlement Agreement requires Shell to operate and maintain the NHV of the flare combustion zone at or above a certain level. The NHV of each flare shall be monitored and calculated as specified in the Plan Approval No. 04-00740A and the Settlement Agreement. For the LP MPGF, the NHV should be maintained at or above 500 BTU/SCF determined on a 15 minute period basis when regulated material is routed to the flare for at least 15 minutes.

## 3.4    Flaring Activities at the Process Level

The Flare Minimization Plan conditions outlined in the Plan Approval require SPM to:

■ Document procedures for operating and maintaining the HP and LP Systems during periods of process unit startup, shutdown, and unforeseeable events; and

■ Identify procedures to minimize discharges either directly to the atmosphere or to the HP and LP Systems during the planned and unplanned startup or shutdown of process unit and air pollution control equipment.

**Appendix C** lists procedures in place at SPM for the operation and maintenance of the HP system, as well as procedures to minimize discharges to the atmosphere or HP system, both during planned and unplanned conditions.

## 3.5    Flaring Activities at the Process Level – Reductions Previously Realized

As of the September 2020 revision of this Flare Minimization Plan, no additional reductions other than those designed in process or included in previously described procedures have been implemented. This section remains evergreen and will be updated upon each revision to document all reductions realized.

## 4.      BASELINE FLOW DETERMINATION

Plan Approval No. 04-00740A requires that the baseline flow to the HP and LP Systems be determined in accordance with provisions of 40 CFR §60.103a(a)(4) (40 CFR Subpart Ja). This subsection describes that a baseline flow is the level of flare gas observed during normal operation of the flare. Baseline flow is to be determined after implementing the minimization assessment. Baseline flows do not include pilot gas flow or purge gas flow provided these flows remain reasonably constant. Separate baseline flow rates may be established for different operating conditions. In compliance with the Plan Approval, baseline flows have been established for the HP and LP Header systems.

### 4.1      High Pressure Header

The HP Header System Baseline was determined using anticipated operational and maintenance flows to the flare that are predicted to occur during normal operation. Compliance with this baseline is determined by output from the HP Header flow meter (590-FI-002A) located between the V-59001 Knockout Drum and the HP Ground Flare system.

Baseline flows to the HP flare header include the following:

- Sweep Flow;
- Dry gas compressor seals;
- Pump seals; and
- Analyzers.

The primary baseline flow for the High Pressure Header has been set at: **6,400,000 SCFD**

### 4.2      Low Pressure Header

Unlike the High Pressure Header system, the Low Pressure Flaring System features three (3) independent headers via the LP MPGF. Each header has an individual flow meter, so three separate baselines for this system have been established:

- LP Header Flows to the Thermal Oxidizer;
- LP MPGF PE-1/2 Burner Header; and
- LP MPGF Ethylene Burner Header.

There is no baseline for the third line in the MPGF package (relief from Thermal Oxidizer) as venting to this line would only occur in emergency/upset situations where the capacity of the CVTO is exceeded. Compliance with each baseline is determined by output from each header's respective flow meter.

The primary baseline flows for each header are as follows:

- LP Header Flows to the Thermal Oxidizer: **4,500,000 SCFD**
- LP MPGF PE-1/2 Burner Header: **0 SCFD**
- LP MPGF Ethylene Burner Header: **0 SCFD**

## 4.3     Alternate Baseline (Process Scenario Description, Daily Flow, Expected Duration)

As of the September 2020 revision of this Flare Minimization Plan, no alternate baselines have been implemented. This section remains evergreen and will be updated as necessary to capture process scenarios to be considered as alternate baselines.

## 5.    FLARING EVENT MANAGEMENT

Plan Approval No. 04-00740A requires Shell to conduct an RCA following any flaring events caused by startup, shutdown, or unforeseeable circumstances. Flaring events or those events that exceed permit or regulatory limits are investigated to determine root cause(s), followed by corrective actions which can be taken to prevent recurrence. A flaring event is defined as an event that exceeds the baseline by 500,000 SCF within a 24-hour period. An RCA is required to be conducted within 45 days of the exceedance.

The RCA is a written assessment conducted through a process of investigation to determine the primary cause, and any other contributing cause(s), of flaring that exceeded any of the above listed thresholds. The RCA should include a corrective action analysis to identify corrective actions minimize the likelihood of the recurrence of the primary cause and any contributing cause(s) of the reportable flaring event that resulted in the exceedance of the baseline. A detailed description of what must be included in the root cause analysis (per Plan Approval No. 04-00740A) is as follows:

a.  The date and time that the flaring event started and ended;

b.  The total quantity of gas flared during each event;

c.  An estimate of the quantity of VOC that was emitted and the calculations used to determine the quantities;

d.  The steps taken to limit the duration of the flaring event of the quantity of emissions associated with the event;

e.  A detailed analysis that sets forth the root cause and all significant contributing causes of the flaring event to the extent determinable;

f.  An analyses of the measures that are available to reduce the likelihood of a recurrence of a flaring event resulting from the same root cause or significant contributing causes in the future; and

g.  A demonstration that the actions taken during the flaring event are consistent with the procedures specified in the flare minimization plan.

A Root Cause Analysis must be completed within 45 days of the exceedance of the threshold, and identified corrective actions should be implemented as expeditiously as possible. If any items of the analysis are still under investigation after 45 days, the root cause analysis should include a statement of the anticipated date by which a follow-up report fully confirming the RCA requirements will be completed.

The Root Cause Analysis process for reportable flaring events is contained within Shell's Fountain Incident Management (FIM) system and is driven by both the Environmental and Causal Learning departments, with input from the site leadership team. Following an exceedance, the Environmental Department logs the event in FIM and the Causal Learning team classifies the event, establishes terms of reference, defines the problem statement, gathers data, and develops the analysis. The Environmental Department uses the resulting analysis to develop the final RCA report for submittal within the 45 day time period.

Copies of the written RCA reports should be maintained on site for at least five years (the required document retention time detailed in PA No. 04-00740A, Section C, Requirement #014).

**APPENDIX A        FACILITY-WIDE PLOT PLANS – FLARE LOCATIONS**



| Project Franklin Shell Consolidator Stamp | |
| --- | --- |
| Responsible Person: | |
| Gayake_Hrishikesh | |
| Status Code: | |
| 1 - Work May Proceed | |
| Client Doc No: | |
| GM1-700-US0010-CX-4180-00001 | |
| PCAP No:NA | |
| Revision:008 | |
| Date:29-May-2016 | |
| Equipment No: | |
| NA | |

**AIR PERMIT - OSBL EMISSION POINTS**

| EQUIP. NO. | DESCRIPTION |
| --- | --- |
| GT-50101 | GAS TURBINE / HRSG EXHAUST STACK #1 |
| GT-50102 | GAS TURBINE / HRSG EXHAUST STACK #2 |
| GT-50103 | GAS TURBINE / HRSG EXHAUST STACK #3 |
| A-59101A | DIESEL ENGINE DRIVEN FIRE PUMP A |
| A-59101B | DIESEL ENGINE DRIVEN FIRE PUMP B |
| A-59001A | TEGF-TOTALLY ENCLOSED GROUND FLARE A |
| A-59001B | TEGF-TOTALLY ENCLOSED GROUND FLARE B |
| A-59002 | HIGH PRESSURE ELEVATED FLARE |
| A-53501 | SCTO-SPENT CAUSTIC THERMAL OXIDIZER |
| A-59003 | CVTO-CONTINUOUS VENT THERMAL OXIDIZER |
| A-59005 | MPGF-MULTI-POINT GROUND FLARE |

**OTHER - OSBL COORDINATE POINTS**

| EQUIP. NO. | DESCRIPTION |
| --- | --- |
| | RAILCAR LOADING SILOS |
| | TRUCK LOADING SILOS |
| E-59201 E-59202 | 32 CELL COOLING TOWER |
| | WASTE WATER OUTFALL TO RIVER |
| A-59302 | RIVER WATER PUMP HOUSE INTAKE |

NOTES:

1. THE EMISSION POINT COORDINATES NOTED ARE IN UNIVERSAL TRANSVERSE MERCATOR (UTM) COORDINATE SYSTEM. THE GROUND ELEVATION NOTED IS IN DECIMAL FEET ABOVE MEAN SEA LEVEL.

| 008 | 11MAR16 | ISSUED FOR INFORMATION | VE | FH | WV | NK | - |
| 00A | 7-31-14 | ISSUED FOR INFORMATION | VE | SJL | SJL | DP | - |
| REV | DATE | DESCRIPTION | BY | CHK | APP | PEM | CLIENT |

Electronic documents, once printed, are uncontrolled and may become obsolete. Refer to the Electronic Content Management System (ECMS) for the current revision.

Confidential©2016 Shell Chemical Appalachia LLC. All Rights Reserved.

BECHTEL I&C
PROJECT FRANKLIN

| 25873-001 ECON - EAR 99 | WBS/MODULE NO: 25873-001-P1-000-00003 | | REV 008 |
| --- | --- | --- | --- |
| | BECHTEL DRAWING NO: | | |
| | CIVIL AND EXTRA EMISSION POINT COORDINATES AND GROUND PLAN COORDINATE POINTS | | |
| LOCATION Monaca, PA | PLANT AREA 0000 | COMPANY PROJECT NO: D41 | SCALE 1" = 250'-0" | SHEET: 1 of 2 |
| PROJECT FRANKLIN | | COMPANY DRAWING NO: GM1-700-US0010-CX-4180-00001 | | |

PCAP=N/A

**Redacted High Pressure Flare Diagram**

**Redacted High Pressure Flare Diagram**

**SHELL POLYMERS MONACA FLARE MINIMIZATION PLAN**
High Pressure and Low Pressure Flare Header Systems

# APPENDIX B        FLARE DIAGRAMS (P&IDS) - REDACTED

**APPENDIX C          FLARE OPERATION, MAINTENANCE AND MINIMIZATION PROCEDURES**

**Appendix C - Flare Operation, Maintenance, and Minimization Procedures**
**Shell Petrochemicals Flare Minimization Plan**
**Shell Chemical Appalachia LLC**

| Procedure Name | Procedure Number | Unit | Operating Conditions | Flares Utilized | Description |
|---|---|---|---|---|---|
| --- | UGF-590-0001.1 | UGF | --- | HP | --- |
| --- | UGF-590-0001.2 | UGF | --- | HP | --- |
| --- | UGF-590-0001.3 | UGF | --- | HP | --- |
| --- | UGF-590-0001.4 | UGF | --- | HP | --- |
| --- | UGF-590-0001.5 | UGF | --- | HP | --- |
| --- | UGF-590-0001.6 | UGF | --- | HP | --- |
| --- | UGF-590-0001.7 | UGF | --- | HP | --- |
| --- | UGF-590 | UGF | --- | LP | --- |
| Cracked Gas Compressor Startup with Cracked Gas | ECU-131-0001-SU | ECU/131 | --- | HP | --- |
| Cracked Gas Compressor Shutdown (Long) | --- | ECU/131 | --- | HP | --- |
| Cracked Gas Compressor K-13101 Turbine KT-13102 Normal Shutdown Short/Compressor Actions | ECU-131-0001-SD | ECU/131 | --- | HP | --- |
| Cracked Gas Compressor Restart after a trip | --- | ECU/131 | --- | HP | --- |
| Propane Refrigerant Compressor Inventory C3C with Propane | ECU-146-0005-SU | ECU/146 | --- | HP | --- |
| Propane Refrigerant Compressor Startup | ECU-146-0006-SU | ECU/146 | --- | HP | --- |
| Propane Refrigerant Compressor Shutdown (Long) | --- | ECU/146 | --- | HP | --- |
| Propane Compressor Restart after a Trip | ECU-146-0007-SU | ECU/146 | --- | HP | --- |
| Propane Refrigerant Compressor - Secure Compressor after a Trip | ECU-146-0002-SD | ECU/146 | --- | HP | --- |
| Ethylene Refrigerant Compressor Startup with Ethane | ECU-144-0001-ISU | ECU/144 | --- | HP | --- |
| Ethylene Refrigerant Compressor Inventory with Ethylene | --- | ECU/144 | --- | HP | --- |
| Ethylene Refrigerant Compressor Startup with Ethylene | --- | ECU/144 | --- | HP | --- |
| Ethylene Refrigerant Compressor Shutdown (Long) | --- | ECU/144 | --- | HP | --- |
| Ethylene Compressor Restart after a Trip | --- | ECU/144 | --- | HP | --- |
| PSA Normal Startup | ECU-148-0001-SU | ECU/148 | --- | HP | --- |
| Hydrogen Compressor K-14802A/B Startup | --- | ECU/148 | --- | HP | --- |
| Methanol Normal Startup | ECU-187-0001-SU | ECU/187 | --- | HP | --- |
| Ethylene Atmospheric Storage Tank T-64210 Startup | ECU-642-0001-SU | ECU/642 | --- | LP | --- |
| BOG Compressor Normal Startup | --- | ECU/642 | --- | LP | --- |
| Propane Compressor K-64241 Startup | ECU-642-0003-SU | ECU/642 | --- | LP | --- |
| Methanol V-64230 System Startup | ECU-642-0002-SU | ECU/642 | --- | LP | --- |

| Procedure Name | Procedure Number | Unit | Operating Conditions | Flares Utilized | Description |
|---|---|---|---|---|---|
| Ethylene Off Spec Vessel V-64220 Startup | ECU-642-0001-ISU | ECU/642 | --- | LP | --- |
| Ethylene Storage Tank Pump P-64211A/B Return from Maintenance | --- | ECU/642 | --- | LP | --- |
| Ethylene Storage tank Pump P-64211A/B Prepare for Maintenance | --- | ECU/642 | --- | LP | --- |
| C2 Splitter C-14301 Startup | ECU-143-0001-SU | ECU/143 | --- | HP | --- |
| C2 Splitter C-14301 Shutdown | --- | ECU/143 | --- | HP | --- |
| C2 Splitter C-14301 Restart after Loss of Feed | --- | ECU/143 | --- | HP | --- |
| Demethanizer Feed Train and Demethanizer Startup with Cracked Gas | ECU-140-0001-SU | ECU/140 | --- | HP | --- |
| Demethanizer C-14101 and Feed System Restart after Loss of Feed | ECU-140-0002-SU | ECU/140 | --- | HP | --- |
| C2 Hydrogenation Reactor R-13901 Off Spec for Acetylene | ECU-139-0001-NOP | ECU/139 | --- | HP | --- |
| Deethanizer and AC Reactor Startup with Cracked Gas | ECU-138-0001-SU | ECU/138 | --- | HP | --- |
| C3 Absorber/Deethanizer (C-13801/C-13802) Shutdown | --- | ECU/138 | --- | HP | --- |
| Cold Side Total Loss of Feed | ECU-GEN-0001-SD | ECU/GEN | --- | HP | --- |
| C3 Absorber/Deethanizer C-13801/C-13802 Restart after Loss of Feed | ECU-138-0005-SU | ECU/138 | --- | HP | --- |
| Deethanizer Reboilers E-13811A/B Prepare for Maintenance | ECU-138-0003-NOP | ECU/138 | --- | HP | --- |
| Deethanizer Reboilers E-13811A/B Return from Maintenance | ECU-138-0007-NOP | ECU/138 | --- | HP | --- |
| Heavy Hydrocarbon Absorber and Dryers C-13601/D-13641A/B/C Startup | ECU-136-0001-SU | ECU/136 | --- | HP | --- |
| Heavy Hydrocarbon Absorber and Dryers (C-13601/D-13641A/B/C) Shutdown | --- | ECU/136 | --- | HP | --- |
| Cracked Gas Dryers (D-13641A/B/C) Shutdown for Maintenance | ECU-136-0002-SD | ECU/136 | --- | HP | --- |
| Cracked Gas Dryers (D-13641A/B/C) Return from Maintenance | --- | ECU/136 | --- | HP | --- |
| Water/HC Heater (E-13614) Bypass/Shutdown for Maintenance | ECU-136-0003-SD | ECU/136 | --- | HP | --- |
| Water/HC Heater (E-13614) Return from Maintenance/Place on Line | --- | ECU/136 | --- | HP | --- |
| Ethane Feed Preheating Warm Branch Startup | ECU-125-0002-ISU | ECU/125 | --- | HP | --- |
| Ethane Dryers D-12541A/B Shutdown for Maintenance | ECU-125-0002-SD | ECU/125 | --- | HP | --- |
| Ethane Dryers D-12541A/B Return from Maintenance | --- | ECU/125 | --- | HP | --- |
| Quench System Startup | ECU-128-0001-SU | ECU/128 | --- | HP | --- |
| Caustic Scrubber Startup | ECU-134-0001-SU | ECU/134 | --- | HP | --- |
| Caustic Scrubber Shutdown (Long) | --- | ECU/134 | --- | HP | --- |

| Procedure Name | Procedure Number | Unit | Operating Conditions | Flares Utilized | Description |
|---|---|---|---|---|---|
| Spent Caustic Stripper C-13501 Startup | ECU-135-0001-SU | ECU/135 | --- | HP | --- |
| Spent Caustic Stripper (C-13501) Shutdown (Long) | --- | ECU/135 | --- | HP | --- |
| Gasoline Redistillation System Startup | --- | ECU/158 | --- | HP | --- |
| Gasoline Redistillation System Shutdown (Long) | --- | ECU/158 | --- | HP | --- |
| Gasoline Redistillation Tower Reboiler E-15811A/B Preparation for Maintenance | ECU-158-0005-NOP | ECU/158 | --- | HP | --- |
| Gasoline Redistillation Tower Reboiler E-15811A/B Return from Maintenance | ECU-158-0004-NOP | ECU/158 | --- | HP | --- |
| Wash Oil System Startup | ECU-188-0001-SU | ECU/188 | --- | HP | --- |
| Wash Oil System Shutdown (Long) | --- | ECU/188 | --- | HP | --- |
| Methanol Vaporizer E-19012 Startup | --- | ECU/190 | --- | HP | --- |
| Fuel Gas System Initial Startup | ECU-184-0002-ISU | ECU/184 | --- | HP | --- |
| Regeneration System Startup Tail Gas | ECU-189-0001-ISU | ECU/189 | --- | HP | --- |
| Loss of Cooling water | ECU-192-0001-ESD | ECU/192 | --- | HP/LP | --- |
| Loss of Ethane Feed | --- | ECU/125 | --- | HP | --- |
| Trip of all Furnaces | --- | ECU/101-107 | --- | HP | --- |
| Loss of Boiler Feed Water | --- | ECU/183 | --- | HP | --- |
| Loss of Power | ECU-100-0001-ESD | ECU/100 | --- | HP | --- |
| Loss of Instrument Air | --- | ECU/185 | --- | HP | --- |
| Quench System Shutdown (Long) | --- | ECU/128 | --- | HP | --- |
| Ethane Cleanup | ECU-GEN-0005-ISU | ECU/125 | --- | HP | --- |
| Ethane Feed Preheating Cold Branch Startup | ECU-125-0001-ISU | ECU/125 | --- | HP | --- |
| C2 Hydrogenation Methanol System Startup/Inventory | ECU-139-0001-SU | ECU/139 | --- | HP | --- |
| Caustic Slop Drum V-19732 and System Startup | ECU-197-0001-ISU | ECU/197 | --- | HP | --- |
| Propane Refrigerant Compressor Shutdown  Short/Process Actions | ECU-146-0003-SD | ECU/146 | --- | HP | --- |
| Loss of Nitrogen | ECU-186-0001-ESD | ECU/186 | --- | HP/LP | --- |
| Natural Gas Initial Startup | ECU-184-0001-ISU | ECU/184 | --- | HP | --- |
| Ethane Feed Preheating Shutdown | --- | ECU/125 | --- | HP | --- |
| Ethane Feed Preheating Restart after Loss of Feed | --- | ECU/125 | --- | HP | --- |
| Ethane Superheater II E-12512 Bypassing/Shutdown | ECU-125-0003-SD | ECU/125 | --- | HP | --- |
| Ethane Superheater II E-12512 Startup | ECU-125-0003-SU | ECU/125 | --- | HP | --- |
| Shut down of process steam generator E-13011x | ECU-130-0002-SD | ECU/130 | --- | HP | --- |
| Cracked Gas Compressor Secure after a Trip | --- | ECU/131 | --- | HP | --- |

| Procedure Name | Procedure Number | Unit | Operating Conditions | Flares Utilized | Description |
|---|---|---|---|---|---|
| Deethanizer Bottoms Pumps (P-13872A/B) Startup/Swap | ECU-138-0003-SU | ECU/138 | --- | HP | --- |
| Deethanizer Reflux Pumps (P-13871A/B) Startup/Swap) | ECU-138-0004-SU | ECU/138 | --- | HP | --- |
| Demethanizer C-14101 and Feed System Shutdown | --- | ECU/140 | --- | HP | --- |
| LP Tail gas Expander/Booster KT-14103/K-14105 Startup | ECU-141-0001-SU | ECU/141 | --- | HP | --- |
| HP Tail gas Expander/Booster KT-14102/K-14104 Startup | ECU-141-0002-SU | ECU/141 | --- | HP | --- |
| LP Tail gas Expander/Booster KT-14103/K-14105 Shutdown | ECU-141-0001-SD | ECU/141 | --- | HP | --- |
| HP Tail gas Expander/Booster KT-14102/K-14104 Shutdown | ECU-141-0002-SD | ECU/141 | --- | HP | --- |
| Ethylene Refrigerant Compressor Shutdown  Short/Process Actions | ECU-144-0002-SD | ECU/144 | --- | HP | --- |
| Ethylene Refrigerant Compressor - Secure after a Trip | --- | ECU/144 | --- | HP | --- |
| PSA Normal Shutdown | --- | ECU/148 | --- | HP | --- |
| Hydrogen Compressor (K-14802 A/B) Shutdown Procedure | --- | ECU/148 | --- | HP | --- |
| Fuel Gas System Shutdown | --- | ECU/184 | --- | HP | --- |
| Methanol Normal Shutdown | ECU-187-0001-SD | ECU/187 | --- | HP | --- |
| DMDS System Startup | ECU-188-0003-SU | ECU/188 | --- | HP | --- |
| Ammonia Water System Startup | ECU-188-0005-SU | ECU/188 | --- | HP | --- |
| Regeneration System Line Up for Ethane - Ethane Cleanup | ECU-189-0003-ISU | ECU/189 | --- | HP | --- |
| Regeneration System Line Up for Tail Gas - Normal Lineup | ECU-189-0001-NOP | ECU/189 | --- | HP | --- |
| Methanol Vaporizer E-19012 Shutdown | --- | ECU/190 | --- | HP | --- |
| BOG Compressor Normal Shutdown | --- | ECU/642 | --- | LP | --- |
| Propane Compressor K-64241 Shutdown | --- | ECU/642 | --- | LP | --- |
| Propane Compressor - Secure after a Trip | --- | ECU/642 | --- | LP | --- |
| Ethylene storage tank Pump (P-64211A/B) Startup procedure | --- | ECU/642 | --- | LP | --- |
| --- | UGF-584-0001 | UGF | --- | HP/LP | --- |
| --- | UGF-590UZ410 | UGF | --- | LP | --- |
| --- | UGF-590-590UZ | UGF | --- | LP | --- |
| --- | UGF-590-0001 | UGF | --- | LP | --- |
| --- | UGF-590-0002 | UGF | --- | LP | --- |

**APPENDIX D        FLARE CONNECTION LIST - REDACTED**

**APPENDIX E**      **MONITORING EQUIPMENT SPECIFICATIONS AND DATA SHEETS - REDACTED**

# APPENDIX F       FLARE MINIMIZATION PLAN REVISION LOG

## *Appendix F   Flare Management Plan Revision Log*

The flare management plan revision log is shown below. Upon each periodic review, the log will be completed and the plan will be resubmitted, if necessary. The Pennsylvania Petrochemicals Complex Flare Management Plan is to be updated annually. Revisions are captured and made to the contents of the Flare Management Plan when changes or corrections are made to any of the following: practices and procedures; flare equipment or controls, information, and drawings included in the Flare Management Plan or associated appendices; or baseline flows to either the Low Pressure or High Pressure flaring systems.

| No. | Reviewed By | Submittal Information | | Description of amendments |
|---|---|---|---|---|
| 0 | | Submittal required | Yes <br> No _ | |
| | | Date submitted | | |
| 1 | | Submittal required | Yes <br> No _ | |
| | | Date submitted | | |
| 2 | | Submittal required | Yes <br> No _ | |
| | | Date submitted | | |
| 3 | | Submittal required | Yes <br> No _ | |
| | | Date submitted | | |
| 4 | | Submittal required | Yes <br> No _ | |
| | | Date submitted | | |