# Exhibit 10

Pennsylvania Department of Environmental Protection, Notices of Violation to Shell for "12-Month Rolling Emissions Exceedances through January 2023" and "12-Month Rolling Emissions Exceedances through February 2023" (Apr. 6, 2023).



**pennsylvania**
DEPARTMENT OF ENVIRONMENTAL PROTECTION

## NOTICE OF VIOLATION

April 6, 2023

**VIA EMAIL: Kimberly.Kaal@shell.com**

Kimberly Kaal, Environmental Manager
Shell Chemical Appalachia LLC
300 Frankfort Road
Monaca, PA 15061

Re:   PA-04-00740C
      Shell Petrochemicals Complex
      12-month Rolling Emissions Exceedances through January 2023
      Potter Township
      Beaver County

Dear Kimberly Kaal:

The Shell Chemical Appalachia LLC ("Shell") Petrochemicals Complex ("Facility") is authorized to be constructed and for temporary operation pursuant to plan approvals PA-04-00740A, PA-04-00740B, and PA-04-00740C most recently extended September 15, 2022. On February 21, 2023, Shell provided emissions data, including 12-month rolling emissions totals for the period ending in January 2023. Following review of this data, the Department of Environmental Protection (DEP) has noted the following violations:

> Section C, Condition #005 of PA-04-00740C imposes 12-month rolling total emission limitations of 328.5 tons of Nitrogen Oxides (NOx). The 12-month rolling emissions data provided by Shell shows that for the 12-month period ending in January of 2023 total NOx emissions reached 370.688 tons. By exceeding the 12-month rolling emissions totals for NOx, Shell violated Section C, Condition #005 of PA-04-00740C and 25 Pa. Code § 127.25. Each 12-month period with total emssions in excess of the applicable limitation for each pollutant set forth in Section C, Condition #005 constitutes a separate violation.

Shell has not reported Volatile Organic Compound (VOC) emissions in excess of the 12-month rolling total limitations for the 12-month period ending in January 2023. However, the Department understands that Shell determined VOC emission totals for this period using emissions factors derived from Flare Guardian testing conducted in January 2023. Shell has not demonstrated that these results are appropriate. The Department reserves the right to supplement this Notice of Violation to add, *inter alia,* a violation of the 12-month rolling total limitation for VOCs for 12-month period ending in January 2023.

Shell Chemical Appalachia LLC — 2 —                               April 6, 2023

The above violation(s) constitute unlawful conduct and a public nuisance as defined by Sections 8 and 13 of the Air Pollution Control Act (APCA), 35 P.S. §§ 4008 and 4013, respectively. Violations of DEP's permits and Air Quality regulations are subject to the penalties of Sections 9 and 9.1 of the APCA, 35 P.S.§§ 4009 and 4009.1.

This Notice of Violation is neither an order nor any other final action of DEP. It neither imposes nor waives any enforcement action available to DEP under any of its statutes. If DEP determines that an enforcement action is appropriate, you will be notified of the action.

If you have any questions concerning this matter, please contact me at mgorog@pa.gov or at 412.442.4150.

Sincerely,

Mark Gorog, P.E.
Environmental Program Manager
Air Quality

cc:   Operations – E. Speicher
      Compliance – K. Goddard
      SW OCC – M. Heilman
      SW ARD – K. Halloran
      SW RD – J. Miller
      Central Office (via email)
      Enforcement File: 04-00740



**pennsylvania**
DEPARTMENT OF ENVIRONMENTAL PROTECTION

## NOTICE OF VIOLATION

April 6, 2023

**VIA EMAIL: Kimberly.Kaal@shell.com**

Kimberly Kaal, Environmental Manager
Shell Chemical Appalachia LLC
300 Frankfort Road
Monaca, PA 15061

Re:   PA-04-00740C
      Shell Petrochemicals Complex
      12-month Rolling Emissions Exceedances through February 2023
      Potter Township
      Beaver County

Dear Kimberly Kaal:

The Shell Chemical Appalachia LLC ("Shell") Petrochemicals Complex ("Facility") is authorized to be constructed and for temporary operation pursuant to plan approvals PA-04-00740A, PA-04-00740B, and PA-04-00740C most recently extended September 15, 2022. On March 23, 2023, Shell provided emissions data, including 12-month rolling emissions totals for the period ending in February 2023. Following review of this data, the Department of Environmental Protection (DEP) has noted the following violations:

> Section C, Condition #005 of PA-04-00740C imposes 12-month rolling total emission limitations of 328.5 tons of Nitrogen Oxides (NOx) and 983.7 tons of Carbon Monoxide (CO). The 12-month rolling emissions data provided by Shell shows that for the 12-month period ending in February of 2023 total NOx emissions reached 393.595 tons and total CO emissions reached 1060.320 tons. By exceeding the 12-month rolling emissions totals for NOx and CO, Shell violated Section C, Condition #005 of PA-04-00740C and 25 Pa. Code § 127.25. Each 12-month period with total emssions in excess of the applicable limitation for each pollutant set forth in Section C, Condition #005 constitutes a separate violation.

Shell has not reported Volatile Organic Compound (VOC) emissions in excess of the 12-month rolling total limitations for the 12-month period ending in January 2023. However, the Department understands that Shell determined VOC emission totals for this period using emissions factors derived from Flare Guardian testing conducted in January 2023. Shell has not demonstrated that these results are appropriate. The Department has not accepted these test results. The Department reserves the right to supplement this Notice of Violation to add, *inter*

Shell Chemical Appalachia LLC - 2 - April 6, 2023

*alia,* a violation of the 12-month rolling total limitation for VOCs for 12-month period ending in February 2023.

The above violation(s) constitute unlawful conduct and a public nuisance as defined by Sections 8 and 13 of the Air Pollution Control Act (APCA), 35 P.S.§§ 4008 and 4013, respectively. Violations of DEP's permits and Air Quality regulations are subject to the penalties of Sections 9 and 9.1 of the APCA, 35 P.S.§§ 4009 and 4009.1.

This Notice of Violation is neither an order nor any other final action of DEP. It neither imposes nor waives any enforcement action available to DEP under any of its statutes. If DEP determines that an enforcement action is appropriate, you will be notified of the action.

If you have any questions concerning this matter, please contact me at mgorog@pa.gov or at 412.442.4150.

Sincerely,

Mark Gorog, P.E.
Environmental Program Manager
Air Quality

cc:    Operations – E. Speicher
       Compliance – K. Goddard
       SW OCC – M. Heilman
       SW ARD – K. Halloran
       SW RD – J. Miller
       Central Office (via email)
       Enforcement File: 04-00740