# Exhibit 12

Shell, Passive Air Monitoring System ("PAMS") Concentration Data (Bi-weekly) for Oct. 11, 2022, Feb. 15, 2022, and Apr. 13, 2023.



## PAMS Concentration Data (Bi-weekly)

| PAMS ID | DATE | RESULTS | UNITS | COMPOUND NAME | NOTES |
|---|---|---|---|---|---|
| 1 | 10/11/2022 | 0.15 | µg/m3 | 1,3-Butadiene | |
| 1 | 10/11/2022 | 0.37 | µg/m3 | Benzene | |
| 1 | 10/11/2022 | 0.45 | µg/m3 | Toluene | |
| 1 | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 1 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 1BLK | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 1BLK | 10/11/2022 | 0.15 | µg/m3 | 1,3-Butadiene | |
| 1BLK | 10/11/2022 | 0.20 | µg/m3 | Benzene | |
| 1BLK | 10/11/2022 | 0.26 | µg/m3 | Toluene | |
| 1BLK | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 2 | 10/11/2022 | 0.15 | µg/m3 | 1,3-Butadiene | |
| 2 | 10/11/2022 | 0.39 | µg/m3 | Benzene | |
| 2 | 10/11/2022 | 0.40 | µg/m3 | Toluene | |
| 2 | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 2 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 3 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 3 | 10/11/2022 | 0.15 | µg/m3 | 1,3-Butadiene | |
| 3 | 10/11/2022 | 0.33 | µg/m3 | Benzene | |
| 3 | 10/11/2022 | 0.41 | µg/m3 | Toluene | |
| 3 | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 4 | 10/11/2022 | 0.15 | µg/m3 | 1,3-Butadiene | |
| 4 | 10/11/2022 | 0.35 | µg/m3 | Benzene | |
| 4 | 10/11/2022 | 0.41 | µg/m3 | Toluene | |
| 4 | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 4 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 5 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 5 | 10/11/2022 | 0.15 | µg/m3 | 1,3-Butadiene | |
| 5 | 10/11/2022 | 0.34 | µg/m3 | Benzene | |
| 5 | 10/11/2022 | 0.42 | µg/m3 | Toluene | |
| 5 | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 6 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 6 | 10/11/2022 | 0.15 | µg/m3 | 1,3-Butadiene | |
| 6 | 10/11/2022 | 0.37 | µg/m3 | Benzene | |
| 6 | 10/11/2022 | 0.42 | µg/m3 | Toluene | |
| 6 | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 7 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 7 | 10/11/2022 | 0.18 | µg/m3 | 1,3-Butadiene | |
| 7 | 10/11/2022 | 0.65 | µg/m3 | Benzene | |
| 7 | 10/11/2022 | 0.73 | µg/m3 | Toluene | |
| 7 | 10/11/2022 | 0.27 | µg/m3 | Hexane | |
| 8 | 10/11/2022 | 0.23 | µg/m3 | 1,3-Butadiene | |
| 8 | 10/11/2022 | 0.65 | µg/m3 | Benzene | |
| 8 | 10/11/2022 | 0.93 | µg/m3 | Toluene | |
| 8 | 10/11/2022 | 0.38 | µg/m3 | Hexane | |
| 8 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 9 | 10/11/2022 | 0.52 | µg/m3 | 1,3-Butadiene | |
| 9 | 10/11/2022 | 0.44 | µg/m3 | Benzene | |
| 9 | 10/11/2022 | 0.35 | µg/m3 | Toluene | |
| 9 | 10/11/2022 | 0.24 | µg/m3 | Hexane | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 10 | 10/11/2022 | 0.54 | µg/m3 | 1,3-Butadiene | |
| 10 | 10/11/2022 | 0.55 | µg/m3 | Benzene | |
| 10 | 10/11/2022 | 0.45 | µg/m3 | Toluene | |
| 10 | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 10 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 11 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 11 | 10/11/2022 | 2.5 | µg/m3 | 1,3-Butadiene | |
| 11 | 10/11/2022 | 1.1 | µg/m3 | Benzene | |
| 11 | 10/11/2022 | 0.37 | µg/m3 | Toluene | |
| 11 | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 11DUP | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 11DUP | 10/11/2022 | 2.7 | µg/m3 | 1,3-Butadiene | |
| 11DUP | 10/11/2022 | 1.1 | µg/m3 | Benzene | |
| 11DUP | 10/11/2022 | 0.36 | µg/m3 | Toluene | |
| 11DUP | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 12 | 10/11/2022 | 8.5 | µg/m3 | 1,3-Butadiene | |
| 12 | 10/11/2022 | 180 | µg/m3 | Benzene | *See Note Below |
| 12 | 10/11/2022 | 45 | µg/m3 | Toluene | |
| 12 | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 12 | 10/11/2022 | 0.5 | µg/m3 | Naphthalene | |
| 12BLK | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 12BLK | 10/11/2022 | 0.15 | µg/m3 | 1,3-Butadiene | |
| 12BLK | 10/11/2022 | 0.20 | µg/m3 | Benzene | |
| 12BLK | 10/11/2022 | 0.26 | µg/m3 | Toluene | |
| 12BLK | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 13 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 13 | 10/11/2022 | 0.15 | µg/m3 | 1,3-Butadiene | |
| 13 | 10/11/2022 | 0.76 | µg/m3 | Benzene | |
| 13 | 10/11/2022 | 0.34 | µg/m3 | Toluene | |
| 13 | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 14 | 10/11/2022 | 0.15 | µg/m3 | 1,3-Butadiene | |
| 14 | 10/11/2022 | 0.62 | µg/m3 | Benzene | |
| 14 | 10/11/2022 | 0.37 | µg/m3 | Toluene | |
| 14 | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 14 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 14DUP | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 14DUP | 10/11/2022 | 0.15 | µg/m3 | 1,3-Butadiene | |
| 14DUP | 10/11/2022 | 0.57 | µg/m3 | Benzene | |
| 14DUP | 10/11/2022 | 0.32 | µg/m3 | Toluene | |
| 14DUP | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 15 | 10/11/2022 | 0.15 | µg/m3 | 1,3-Butadiene | |
| 15 | 10/11/2022 | 1.2 | µg/m3 | Benzene | |
| 15 | 10/11/2022 | 0.40 | µg/m3 | Toluene | |
| 15 | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 15 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 16 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 16 | 10/11/2022 | 0.28 | µg/m3 | 1,3-Butadiene | |
| 16 | 10/11/2022 | 0.93 | µg/m3 | Benzene | |
| 16 | 10/11/2022 | 0.42 | µg/m3 | Toluene | |
| 16 | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 17 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 17 | 10/11/2022 | 0.15 | µg/m3 | 1,3-Butadiene | |
| 17 | 10/11/2022 | 1.3 | µg/m3 | Benzene | |
| 17 | 10/11/2022 | 0.45 | µg/m3 | Toluene | |

| | | | | | |
|---|---|---|---|---|---|
| 17 | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 18 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 18 | 10/11/2022 | 0.15 | µg/m3 | 1,3-Butadiene | |
| 18 | 10/11/2022 | 0.54 | µg/m3 | Benzene | |
| 18 | 10/11/2022 | 0.35 | µg/m3 | Toluene | |
| 18 | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 19 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| 19 | 10/11/2022 | 0.15 | µg/m3 | 1,3-Butadiene | |
| 19 | 10/11/2022 | 0.46 | µg/m3 | Benzene | |
| 19 | 10/11/2022 | 0.36 | µg/m3 | Toluene | |
| 19 | 10/11/2022 | 0.24 | µg/m3 | Hexane | |
| 20 | 10/11/2022 | 0.15 | µg/m3 | 1,3-Butadiene | |
| 20 | 10/11/2022 | 0.44 | µg/m3 | Benzene | |
| 20 | 10/11/2022 | 0.59 | µg/m3 | Toluene | |
| 20 | 10/11/2022 | 0.30 | µg/m3 | Hexane | |
| 20 | 10/11/2022 | 0.07 | µg/m3 | Naphthalene | |
| | High Benzene Reading: | 180 | µg/m3 | | |
| | Low Benzene Reading: | 0.20 | µg/m3 | | |
| | Benzene Action Level (goes into effect 2/1/23): | 9.0 | µg/m3 | | |
| | Action Threshold Exceeded (Y/N): | Y | | | |
| Note: | * Elevated benzene was detected above the Action Level of 9 µg/m3 due to poor hydrocarbon separation which allowed light gasoline oil to come in contact with ambient air within the Waste Water Treatment Plant area.  The area of this detection is in the upwind direction of the overall site and shows it was not detected above the Action Level in the downwind direction offsite.  This was an isolated event and the only time the Action Level was exceeded, was localized within the Waste Water Treatment Plant area, and only detected at the PAMS 12 location.  The benzene Action Levels will be implemented 2/1/23 and are not in effect as of this date. | | | | |



## PAMS Concentration Data (Bi-weekly)

| PAMS ID | DATE | RESULTS | UNITS | COMPOUND NAME | NOTES |
|---|---|---|---|---|---|
| 1 | 2/15/2023 | 0.08 | µg/m3 | Naphthalene | |
| 1 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 1 | 2/15/2023 | 0.71 | µg/m3 | Benzene | |
| 1 | 2/15/2023 | 0.74 | µg/m3 | Toluene | |
| 1 | 2/15/2023 | 0.48 | µg/m3 | n-Hexane | |
| 1BLK | 2/15/2023 | 0.07 | µg/m3 | Naphthalene | |
| 1BLK | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 1BLK | 2/15/2023 | 0.19 | µg/m3 | Benzene | |
| 1BLK | 2/15/2023 | 0.25 | µg/m3 | Toluene | |
| 1BLK | 2/15/2023 | 0.23 | µg/m3 | n-Hexane | |
| 2 | 2/15/2023 | 0.07 | µg/m3 | Naphthalene | |
| 2 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 2 | 2/15/2023 | 0.85 | µg/m3 | Benzene | |
| 2 | 2/15/2023 | 0.69 | µg/m3 | Toluene | |
| 2 | 2/15/2023 | 0.53 | µg/m3 | n-Hexane | |
| 3 | 2/15/2023 | 0.07 | µg/m3 | Naphthalene | |
| 3 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 3 | 2/15/2023 | 0.65 | µg/m3 | Benzene | |
| 3 | 2/15/2023 | 0.62 | µg/m3 | Toluene | |
| 3 | 2/15/2023 | 0.42 | µg/m3 | n-Hexane | |
| 4 | 2/15/2023 | 0.07 | µg/m3 | Naphthalene | |
| 4 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 4 | 2/15/2023 | 0.66 | µg/m3 | Benzene | |
| 4 | 2/15/2023 | 0.6 | µg/m3 | Toluene | |
| 4 | 2/15/2023 | 0.37 | µg/m3 | n-Hexane | |
| 5 | 2/15/2023 | 0.07 | µg/m3 | Naphthalene | |
| 5 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 5 | 2/15/2023 | 0.72 | µg/m3 | Benzene | |
| 5 | 2/15/2023 | 0.59 | µg/m3 | Toluene | |
| 5 | 2/15/2023 | 0.4 | µg/m3 | n-Hexane | |
| 6 | 2/15/2023 | 0.07 | µg/m3 | Naphthalene | |
| 6 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 6 | 2/15/2023 | 0.6 | µg/m3 | Benzene | |
| 6 | 2/15/2023 | 0.58 | µg/m3 | Toluene | |
| 6 | 2/15/2023 | 0.37 | µg/m3 | n-Hexane | |
| 7 | 2/15/2023 | 0.07 | µg/m3 | Naphthalene | |
| 7 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 7 | 2/15/2023 | 0.78 | µg/m3 | Benzene | |
| 7 | 2/15/2023 | 0.95 | µg/m3 | Toluene | |
| 7 | 2/15/2023 | 0.43 | µg/m3 | n-Hexane | |
| 8 | 2/15/2023 | 0.07 | µg/m3 | Naphthalene | |
| 8 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 8 | 2/15/2023 | 0.72 | µg/m3 | Benzene | |
| 8 | 2/15/2023 | 0.83 | µg/m3 | Toluene | |
| 8 | 2/15/2023 | 0.42 | µg/m3 | n-Hexane | |
| 9 | 2/15/2023 | 0.08 | µg/m3 | Naphthalene | |
| 9 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 9 | 2/15/2023 | 0.65 | µg/m3 | Benzene | |
| 9 | 2/15/2023 | 0.68 | µg/m3 | Toluene | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | 2/15/2023 | 0.38 | µg/m3 | n-Hexane | |
| 10 | 2/15/2023 | 0.07 | µg/m3 | Naphthalene | |
| 10 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 10 | 2/15/2023 | 1.8 | µg/m3 | Benzene | |
| 10 | 2/15/2023 | 1.8 | µg/m3 | Toluene | |
| 10 | 2/15/2023 | 0.7 | µg/m3 | n-Hexane | |
| 11 | 2/15/2023 | 0.07 | µg/m3 | Naphthalene | |
| 11 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 11 | 2/15/2023 | 5.7 | µg/m3 | Benzene | |
| 11 | 2/15/2023 | 4.7 | µg/m3 | Toluene | |
| 11 | 2/15/2023 | 0.35 | µg/m3 | n-Hexane | |
| 11DUP | 2/15/2023 | 0.08 | µg/m3 | Naphthalene | |
| 11DUP | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 11DUP | 2/15/2023 | 5.8 | µg/m3 | Benzene | |
| 11DUP | 2/15/2023 | 4.8 | µg/m3 | Toluene | |
| 11DUP | 2/15/2023 | 0.36 | µg/m3 | n-Hexane | |
| 12 | 2/15/2023 | 0.13 | µg/m3 | Naphthalene | |
| 12 | 2/15/2023 | 0.47 | µg/m3 | 1,3-Butadiene | |
| 12 | 2/15/2023 | 35 | µg/m3 | Benzene | *See Field Investigation Below |
| 12 | 2/15/2023 | 30 | µg/m3 | Toluene | |
| 12 | 2/15/2023 | 0.34 | µg/m3 | n-Hexane | |
| 12BLK | 2/15/2023 | 0.07 | µg/m3 | Naphthalene | |
| 12BLK | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 12BLK | 2/15/2023 | 0.19 | µg/m3 | Benzene | |
| 12BLK | 2/15/2023 | 0.25 | µg/m3 | Toluene | |
| 12BLK | 2/15/2023 | 0.23 | µg/m3 | n-Hexane | |
| 13 | 2/15/2023 | 0.07 | µg/m3 | Naphthalene | |
| 13 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 13 | 2/15/2023 | 0.71 | µg/m3 | Benzene | |
| 13 | 2/15/2023 | 0.68 | µg/m3 | Toluene | |
| 13 | 2/15/2023 | 0.34 | µg/m3 | n-Hexane | |
| 14 | 2/15/2023 | 0.07 | µg/m3 | Naphthalene | |
| 14 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 14 | 2/15/2023 | 0.96 | µg/m3 | Benzene | |
| 14 | 2/15/2023 | 0.87 | µg/m3 | Toluene | |
| 14 | 2/15/2023 | 0.35 | µg/m3 | n-Hexane | |
| 14DUP | 2/15/2023 | 0.08 | µg/m3 | Naphthalene | |
| 14DUP | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 14DUP | 2/15/2023 | 0.8 | µg/m3 | Benzene | |
| 14DUP | 2/15/2023 | 0.81 | µg/m3 | Toluene | |
| 14DUP | 2/15/2023 | 0.33 | µg/m3 | n-Hexane | |
| 15 | 2/15/2023 | 0.08 | µg/m3 | Naphthalene | |
| 15 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 15 | 2/15/2023 | 4 | µg/m3 | Benzene | |
| 15 | 2/15/2023 | 3.8 | µg/m3 | Toluene | |
| 15 | 2/15/2023 | 0.33 | µg/m3 | n-Hexane | |
| 16 | 2/15/2023 | 0.08 | µg/m3 | Naphthalene | |
| 16 | 2/15/2023 | 0.16 | µg/m3 | 1,3-Butadiene | |
| 16 | 2/15/2023 | 1.9 | µg/m3 | Benzene | |
| 16 | 2/15/2023 | 1.9 | µg/m3 | Toluene | |
| 16 | 2/15/2023 | 0.37 | µg/m3 | n-Hexane | |
| 17 | 2/15/2023 | 0.08 | µg/m3 | Naphthalene | |
| 17 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 17 | 2/15/2023 | 1.2 | µg/m3 | Benzene | |
| 17 | 2/15/2023 | 1.2 | µg/m3 | Toluene | |

| | | | | | |
|---|---|---|---|---|---|
| 17 | 2/15/2023 | 0.34 | µg/m3 | n-Hexane | |
| 18 | 2/15/2023 | 0.08 | µg/m3 | Naphthalene | |
| 18 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 18 | 2/15/2023 | 1.2 | µg/m3 | Benzene | |
| 18 | 2/15/2023 | 1.1 | µg/m3 | Toluene | |
| 18 | 2/15/2023 | 0.38 | µg/m3 | n-Hexane | |
| 19 | 2/15/2023 | 0.07 | µg/m3 | Naphthalene | |
| 19 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 19 | 2/15/2023 | 0.88 | µg/m3 | Benzene | |
| 19 | 2/15/2023 | 0.88 | µg/m3 | Toluene | |
| 19 | 2/15/2023 | 0.44 | µg/m3 | n-Hexane | |
| 20 | 2/15/2023 | 0.09 | µg/m3 | Naphthalene | |
| 20 | 2/15/2023 | 0.14 | µg/m3 | 1,3-Butadiene | |
| 20 | 2/15/2023 | 0.72 | µg/m3 | Benzene | |
| 20 | 2/15/2023 | 1.2 | µg/m3 | Toluene | |
| 20 | 2/15/2023 | 0.92 | µg/m3 | n-Hexane | |

| | |
|---|---|
| High Benzene Reading µg/m3: | 35 |
| High Benzene Reading ppmv: | 0.01096 |
| Low Benzene Reading µg/m3: | 0.60 |
| Benzene Action Level µg/m3: | 9.0 |
| Action Threshold Exceeded (Y/N): | Y |

| | |
|---|---|
| *Field Investigation | Benzene was detected above the Action Level of 9 µg/m3, in the biotreater area. This area is in the upwind direction, and benzene was not detected above the Action Level in any of the downwind sample locations. Corrective action to the biotreater system has been implemented. |
| * Note | The micrograms per cubic meter is accurate.  When converting this reading into parts per million volume (ppmv) there was a conversion error.  The corrected ppmv information was posted on 04/27/2023. |



## PAMS Concentration Data (Bi-weekly)

| PAMS ID | DATE | RESULTS | UNITS | COMPOUND NAME | NOTES |
|---|---|---|---|---|---|
| 1 | 4/13/2023 | 0.18 | µg/m3 | Naphthalene | |
| 1 | 4/13/2023 | 0.13 | µg/m3 | 1,3-Butadiene | |
| 1 | 4/13/2023 | 2.2 | µg/m3 | Benzene | |
| 1 | 4/13/2023 | 13 | µg/m3 | Toluene | |
| 1 | 4/13/2023 | 0.36 | µg/m3 | n-Hexane | |
| 1BLK | 4/13/2023 | 0.06 | µg/m3 | Naphthalene | |
| 1BLK | 4/13/2023 | 0.13 | µg/m3 | 1,3-Butadiene | |
| 1BLK | 4/13/2023 | 0.18 | µg/m3 | Benzene | |
| 1BLK | 4/13/2023 | 0.23 | µg/m3 | Toluene | |
| 1BLK | 4/13/2023 | 0.21 | µg/m3 | n-Hexane | |
| 2 | 4/13/2023 | 0.07 | µg/m3 | Naphthalene | |
| 2 | 4/13/2023 | 0.13 | µg/m3 | 1,3-Butadiene | |
| 2 | 4/13/2023 | 0.75 | µg/m3 | Benzene | |
| 2 | 4/13/2023 | 1.4 | µg/m3 | Toluene | |
| 2 | 4/13/2023 | 0.34 | µg/m3 | n-Hexane | |
| 3 | 4/13/2023 | 0.06 | µg/m3 | Naphthalene | |
| 3 | 4/13/2023 | 0.13 | µg/m3 | 1,3-Butadiene | |
| 3 | 4/13/2023 | 0.73 | µg/m3 | Benzene | |
| 3 | 4/13/2023 | 1.1 | µg/m3 | Toluene | |
| 3 | 4/13/2023 | 0.40 | µg/m3 | n-Hexane | |
| 4 | 4/13/2023 | 0.06 | µg/m3 | Naphthalene | |
| 4 | 4/13/2023 | 0.13 | µg/m3 | 1,3-Butadiene | |
| 4 | 4/13/2023 | 1.1 | µg/m3 | Benzene | |
| 4 | 4/13/2023 | 2.9 | µg/m3 | Toluene | |
| 4 | 4/13/2023 | 0.35 | µg/m3 | n-Hexane | |
| 5 | 4/13/2023 | 0.06 | µg/m3 | Naphthalene | |
| 5 | 4/13/2023 | 0.13 | µg/m3 | 1,3-Butadiene | |
| 5 | 4/13/2023 | 1.4 | µg/m3 | Benzene | |
| 5 | 4/13/2023 | 4.3 | µg/m3 | Toluene | |
| 5 | 4/13/2023 | 0.30 | µg/m3 | n-Hexane | |
| 6 | 4/13/2023 | 0.06 | µg/m3 | Naphthalene | |
| 6 | 4/13/2023 | 0.13 | µg/m3 | 1,3-Butadiene | |
| 6 | 4/13/2023 | 1.6 | µg/m3 | Benzene | |
| 6 | 4/13/2023 | 5.1 | µg/m3 | Toluene | |
| 6 | 4/13/2023 | 0.27 | µg/m3 | n-Hexane | |
| 7 | 4/13/2023 | 0.08 | µg/m3 | Naphthalene | |
| 7 | 4/13/2023 | 0.13 | µg/m3 | 1,3-Butadiene | |
| 7 | 4/13/2023 | 1.6 | µg/m3 | Benzene | |
| 7 | 4/13/2023 | 4.7 | µg/m3 | Toluene | |
| 7 | 4/13/2023 | 0.30 | µg/m3 | n-Hexane | |
| 8 | 4/13/2023 | 0.06 | µg/m3 | Naphthalene | |
| 8 | 4/13/2023 | 0.13 | µg/m3 | 1,3-Butadiene | |
| 8 | 4/13/2023 | 1.1 | µg/m3 | Benzene | |
| 8 | 4/13/2023 | 1.7 | µg/m3 | Toluene | |
| 8 | 4/13/2023 | 0.36 | µg/m3 | n-Hexane | |
| 9 | 4/13/2023 | 0.13 | µg/m3 | Naphthalene | |
| 9 | 4/13/2023 | 0.13 | µg/m3 | 1,3-Butadiene | |
| 9 | 4/13/2023 | 2.4 | µg/m3 | Benzene | |
| 9 | 4/13/2023 | 2.2 | µg/m3 | Toluene | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | 4/13/2023 | 0.34 | µg/m3 | n-Hexane | |
| 10 | 4/13/2023 | 0.41 | µg/m3 | Naphthalene | |
| 10 | 4/13/2023 | 0.13 | µg/m3 | 1,3-Butadiene | |
| 10 | 4/13/2023 | 8.8 | µg/m3 | Benzene | |
| 10 | 4/13/2023 | 32 | µg/m3 | Toluene | |
| 10 | 4/13/2023 | 0.34 | µg/m3 | n-Hexane | |
| 11 | 4/13/2023 | 1.0 | µg/m3 | Naphthalene | |
| 11 | 4/13/2023 | 0.38 | µg/m3 | 1,3-Butadiene | |
| 11 | 4/13/2023 | 22 | µg/m3 | Benzene | * See Field Investigation Below |
| 11 | 4/13/2023 | 86 | µg/m3 | Toluene | |
| 11 | 4/13/2023 | 0.64 | µg/m3 | n-Hexane | |
| 11DUP | 4/13/2023 | 0.90 | µg/m3 | Naphthalene | |
| 11DUP | 4/13/2023 | 0.38 | µg/m3 | 1,3-Butadiene | |
| 11DUP | 4/13/2023 | 23 | µg/m3 | Benzene | * See Field Investigation Below |
| 11DUP | 4/13/2023 | 89 | µg/m3 | Toluene | |
| 11DUP | 4/13/2023 | 0.64 | µg/m3 | n-Hexane | |
| 12 | 4/13/2023 | 0.22 | µg/m3 | Naphthalene | |
| 12 | 4/13/2023 | 0.38 | µg/m3 | 1,3-Butadiene | |
| 12 | 4/13/2023 | 47 | µg/m3 | Benzene | * See Field Investigation Below |
| 12 | 4/13/2023 | 24 | µg/m3 | Toluene | |
| 12 | 4/13/2023 | 0.64 | µg/m3 | n-Hexane | |
| 12BLK | 4/13/2023 | 0.06 | µg/m3 | Naphthalene | |
| 12BLK | 4/13/2023 | 0.13 | µg/m3 | 1,3-Butadiene | |
| 12BLK | 4/13/2023 | 0.18 | µg/m3 | Benzene | |
| 12BLK | 4/13/2023 | 0.23 | µg/m3 | Toluene | |
| 12BLK | 4/13/2023 | 0.21 | µg/m3 | n-Hexane | |
| 13 | 4/13/2023 | 0.06 | µg/m3 | Naphthalene | |
| 13 | 4/13/2023 | 0.13 | µg/m3 | 1,3-Butadiene | |
| 13 | 4/13/2023 | 3.9 | µg/m3 | Benzene | |
| 13 | 4/13/2023 | 1.2 | µg/m3 | Toluene | |
| 13 | 4/13/2023 | 0.26 | µg/m3 | n-Hexane | |
| 14 | 4/13/2023 | 2.2 | µg/m3 | Naphthalene | |
| 14 | 4/13/2023 | 0.45 | µg/m3 | 1,3-Butadiene | |
| 14 | 4/13/2023 | 19 | µg/m3 | Benzene | * See Field Investigation Below |
| 14 | 4/13/2023 | 63 | µg/m3 | Toluene | |
| 14 | 4/13/2023 | 0.64 | µg/m3 | n-Hexane | |
| 14DUP | 4/13/2023 | 2.1 | µg/m3 | Naphthalene | |
| 14DUP | 4/13/2023 | 0.45 | µg/m3 | 1,3-Butadiene | |
| 14DUP | 4/13/2023 | 18 | µg/m3 | Benzene | * See Field Investigation Below |
| 14DUP | 4/13/2023 | 60 | µg/m3 | Toluene | |
| 14DUP | 4/13/2023 | 0.64 | µg/m3 | n-Hexane | |
| 15 | 4/13/2023 | 6.2 | µg/m3 | Naphthalene | |
| 15 | 4/13/2023 | 2.2 | µg/m3 | 1,3-Butadiene | |
| 15 | 4/13/2023 | 110 | µg/m3 | Benzene | * See Field Investigation Below |
| 15 | 4/13/2023 | 500 | µg/m3 | Toluene | |
| 15 | 4/13/2023 | 0.64 | µg/m3 | n-Hexane | |
| 16 | 4/13/2023 | 1.7 | µg/m3 | Naphthalene | |
| 16 | 4/13/2023 | 0.64 | µg/m3 | 1,3-Butadiene | |
| 16 | 4/13/2023 | 31 | µg/m3 | Benzene | * See Field Investigation Below |
| 16 | 4/13/2023 | 140 | µg/m3 | Toluene | |
| 16 | 4/13/2023 | 0.64 | µg/m3 | n-Hexane | |
| 17 | 4/13/2023 | 0.95 | µg/m3 | Naphthalene | |
| 17 | 4/13/2023 | 0.39 | µg/m3 | 1,3-Butadiene | |
| 17 | 4/13/2023 | 16 | µg/m3 | Benzene | * See Field Investigation Below |
| 17 | 4/13/2023 | 84 | µg/m3 | Toluene | |

| | | | | | |
|---|---|---|---|---|---|
| 17 | 4/13/2023 | 0.64 | µg/m3 | n-Hexane | |
| 18 | 4/13/2023 | 0.74 | µg/m3 | Naphthalene | |
| 18 | 4/13/2023 | 0.38 | µg/m3 | 1,3-Butadiene | |
| 18 | 4/13/2023 | 15 | µg/m3 | Benzene | * See Field Investigation Below |
| 18 | 4/13/2023 | 75 | µg/m3 | Toluene | |
| 18 | 4/13/2023 | 0.64 | µg/m3 | n-Hexane | |
| 19 | 4/13/2023 | 1.0 | µg/m3 | Naphthalene | |
| 19 | 4/13/2023 | 0.38 | µg/m3 | 1,3-Butadiene | |
| 19 | 4/13/2023 | 14 | µg/m3 | Benzene | * See Field Investigation Below |
| 19 | 4/13/2023 | 89 | µg/m3 | Toluene | |
| 19 | 4/13/2023 | 0.64 | µg/m3 | n-Hexane | |
| 20 | 4/13/2023 | 0.81 | µg/m3 | Naphthalene | |
| 20 | 4/13/2023 | 0.38 | µg/m3 | 1,3-Butadiene | |
| 20 | 4/13/2023 | 10 | µg/m3 | Benzene | * See Field Investigation Below |
| 20 | 4/13/2023 | 66 | µg/m3 | Toluene | |
| 20 | 4/13/2023 | 0.64 | µg/m3 | n-Hexane | |
| | High Benzene Reading µg/m3: | 110 | | | |
| | High Benzene Reading ppmv: | 0.03443 | | | |
| | Low Benzene Reading µg/m3: | 0.73 | | | |
| | Benzene Action Level µg/m3: | 9.0 | | | |
| | Action Threshold Exceeded (Y/N): | Y | | | |
| * Field Investigation | On the afternoon of April 11th, the site was de-inventorying in preparation for repair work, and excess free hydrocarbon was sent to the biotreaters from one of the wastewater tanks due to a level issue. The cause is understood and has been addressed and solutions are being implemented. | | | | |
| * Note | The micrograms per cubic meter is accurate. When converting this reading into parts per million volume (ppmv) there was a conversion error. The corrected ppmv information was posted on 04/25/2023. | | | | |