# Exhibit 13

Shell, Continuous Air Monitoring System (CAMS) Photoionization Detector Concentration Data and Summa Canister Analytical Laboratory Results for April 11, 2023.



| Summa Canister Analytical Laboratory Results ppbv | | | | | |
|---|---|---|---|---|---|
| CAMS ID | Benzene | 1,3-Butadiene | n-Hexane | Naphthalene | Toluene |
| 01 | 58 | 0 | 0 | 0 | 190 |
| 04 | 28 | 0 | 0 | 0 | 78 |

Photoionization Detector (PID) activates the collection of a summa canister from the Continuous Air Monitoring Station (CAMS). Please refer to laboratory analytical results from the CAMS summa canisters for a representation of the ambient air quality at the time of collection.

| Continuous Air Monitoring System (CAMS) Photoionization Detector Concentration Data (15-min Net Avg) | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/11/2023 Time | Current Action Level ppbv | CAMS 1 VOC ppmv | CAMS 1 VOC ppbv | 4/11/2023 Time | Current Action Level ppbv | CAMS 2 VOC ppmv | CAMS 2 VOC ppbv | 4/11/2023 Time | Current Action Level ppbv | CAMS 3 VOC ppmv | CAMS 3 VOC ppbv | 4/11/2023 Time | Current Action Level ppbv | CAMS 4 VOC ppmv | CAMS 4 VOC ppbv | Notes |
| 0:00 | 56 | 0.0114332 | 11.433213 | 0:00 | 63 | 0 | 0 | 0:00 | N/A | 0 | 0 | 0:00 | 48 | 0 | 0 | |
| 0:15 | 56 | 0.0066571 | 6.657141 | 0:15 | 63 | 0 | 0 | 0:15 | N/A | 0 | 0 | 0:15 | 48 | 0 | 0 | |
| 0:30 | 56 | 0.0029985 | 2.9984785 | 0:30 | 63 | 0 | 0 | 0:30 | N/A | 0 | 0 | 0:30 | 48 | 0.0001528 | 0.1527814 | |
| 0:45 | 56 | 0.0023094 | 2.3093753 | 0:45 | 63 | 0 | 0 | 0:45 | N/A | 0 | 0 | 0:45 | 48 | 0.0001462 | 0.1461663 | |
| 1:00 | 56 | 0.0016515 | 1.6514743 | 1:00 | 63 | 0 | 0 | 1:00 | N/A | 0 | 0 | 1:00 | 48 | 0 | 0 | |
| 1:15 | 56 | 0.0012684 | 1.2683775 | 1:15 | 63 | 0 | 0 | 1:15 | N/A | 0 | 0 | 1:15 | 48 | 0 | 0 | |
| 1:30 | 56 | 0.001201 | 1.2009667 | 1:30 | 63 | 0 | 0 | 1:30 | N/A | 0 | 0 | 1:30 | 48 | 0 | 0 | |
| 1:45 | 56 | 0.0020017 | 2.0017475 | 1:45 | 63 | 0 | 0 | 1:45 | N/A | 0 | 0 | 1:45 | 48 | 0 | 0 | |
| 2:00 | 56 | 0.0017442 | 1.7442455 | 2:00 | 63 | 0 | 0 | 2:00 | N/A | 0 | 0 | 2:00 | 48 | 0 | 0 | |
| 2:15 | 56 | 0.00096 | 0.9600108 | 2:15 | 63 | 0 | 0 | 2:15 | N/A | 0 | 0 | 2:15 | 48 | 0.0001117 | 0.111732 | |
| 2:30 | 56 | 0.0007818 | 0.7817615 | 2:30 | 63 | 0 | 0 | 2:30 | N/A | 0 | 0 | 2:30 | 48 | 0.0001069 | 0.1068985 | |
| 2:45 | 56 | 0 | 0 | 2:45 | 63 | 0 | 0 | 2:45 | N/A | 0 | 0 | 2:45 | 48 | 0 | 0 | |
| 3:00 | 56 | 4.756E-05 | 0.0475572 | 3:00 | 63 | 0 | 0 | 3:00 | N/A | 0 | 0 | 3:00 | 48 | 0 | 0 | |
| 3:15 | 56 | 0.0001497 | 0.1497481 | 3:15 | 63 | 0 | 0 | 3:15 | N/A | 0 | 0 | 3:15 | 48 | 0 | 0 | |
| 3:30 | 56 | 9.838E-05 | 0.0983797 | 3:30 | 63 | 0 | 0 | 3:30 | N/A | 0 | 0 | 3:30 | 48 | 0 | 0 | |
| 3:45 | 56 | 0 | 0 | 3:45 | 63 | 0 | 0 | 3:45 | N/A | 0 | 0 | 3:45 | 48 | 0 | 0 | |
| 4:00 | 56 | 4.763E-05 | 0.047627 | 4:00 | 63 | 0 | 0 | 4:00 | N/A | 0 | 0 | 4:00 | 48 | 0 | 0 | |
| 4:15 | 56 | 0.0001472 | 0.1472354 | 4:15 | 63 | 0 | 0 | 4:15 | N/A | 0 | 0 | 4:15 | 48 | 0 | 0 | |
| 4:30 | 56 | 0 | 0 | 4:30 | 63 | 0 | 0 | 4:30 | N/A | 0 | 0 | 4:30 | 48 | 0 | 0 | |
| 4:45 | 56 | 0 | 0 | 4:45 | 63 | 0 | 0 | 4:45 | N/A | 0 | 0 | 4:45 | 48 | 0 | 0 | |
| 5:00 | 56 | 0 | 0 | 5:00 | 63 | 0 | 0 | 5:00 | N/A | 0 | 0 | 5:00 | 48 | 0 | 0 | |
| 5:15 | 56 | 0 | 0 | 5:15 | 63 | 0 | 0 | 5:15 | N/A | 0 | 0 | 5:15 | 48 | 0 | 0 | |
| 5:30 | 56 | 0 | 0 | 5:30 | 63 | 0 | 0 | 5:30 | N/A | 0 | 0 | 5:30 | 48 | 0 | 0 | |
| 5:45 | 56 | 0 | 0 | 5:45 | 63 | 0 | 0 | 5:45 | N/A | 0 | 0 | 5:45 | 48 | 0 | 0 | |
| 6:00 | 56 | 0 | 0 | 6:00 | 63 | 8.735E-05 | 0.087351 | 6:00 | N/A | 0 | 0 | 6:00 | 48 | 0 | 0 | |
| 6:15 | 56 | 0 | 0 | 6:15 | 63 | 0.0001496 | 0.1495534 | 6:15 | N/A | 0 | 0 | 6:15 | 48 | 0 | 0 | |
| 6:30 | 56 | 0 | 0 | 6:30 | 63 | 0.0004345 | 0.4345085 | 6:30 | N/A | 0 | 0 | 6:30 | 48 | 0 | 0 | |
| 6:45 | 56 | 0 | 0 | 6:45 | 63 | 0.0011502 | 1.1501518 | 6:45 | N/A | 0 | 0 | 6:45 | 48 | 0 | 0 | |
| 7:00 | 56 | 0 | 0 | 7:00 | 63 | 0.0015594 | 1.5593709 | 7:00 | N/A | 0 | 0 | 7:00 | 48 | 0 | 0 | |
| 7:15 | 56 | 0 | 0 | 7:15 | 63 | 0.0017555 | 1.7554911 | 7:15 | N/A | 0 | 0 | 7:15 | 48 | 0 | 0 | |
| 7:30 | 56 | 0 | 0 | 7:30 | 63 | 0.0016202 | 1.6202075 | 7:30 | N/A | 0 | 0 | 7:30 | 48 | 9.477E-06 | 0.0094765 | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7:45 | 56 | 0 | 0 | 7:45 | 63 | 0.0014771 | 1.4770647 | 7:45 | N/A | 0 | 0 | 7:45 | 48 | 8.612E-05 | 0.0861197 | |
| 8:00 | 56 | 0 | 0 | 8:00 | 63 | 0.0020056 | 2.0055965 | 8:00 | N/A | 0.0079244 | 7.9244125 | 8:00 | 48 | 0.0001415 | 0.1415484 | |
| 8:15 | 56 | 0 | 0 | 8:15 | 63 | 0.0022956 | 2.2956274 | 8:15 | N/A | 0.0137997 | 13.799724 | 8:15 | 48 | 0.0004316 | 0.4315707 | |
| 8:30 | 56 | 0 | 0 | 8:30 | 63 | 0.0011529 | 1.1528754 | 8:30 | N/A | 0.0190921 | 19.09214 | 8:30 | 48 | 0.0009947 | 0.9946789 | |
| 8:45 | 56 | 0 | 0 | 8:45 | 63 | 0 | 0 | 8:45 | N/A | 0.0221912 | 22.191154 | 8:45 | 48 | 0 | 0 | |
| 9:00 | 56 | 0.0004483 | 0.4482715 | 9:00 | 63 | 0 | 0 | 9:00 | N/A | 0.0261517 | 26.151669 | 9:00 | 48 | 0 | 0 | |
| 9:15 | 56 | 0.0022421 | 2.242096 | 9:15 | 63 | 0.0004046 | 0.4046202 | 9:15 | N/A | 0.0268831 | 26.88307 | 9:15 | 48 | 3.234E-06 | 0.0032336 | |
| 9:30 | 56 | 0 | 0 | 9:30 | 63 | 0.0005951 | 0.5951015 | 9:30 | N/A | 0.027175 | 27.174965 | 9:30 | 48 | 9.116E-06 | 0.0091156 | |
| 9:45 | 56 | 0.0002674 | 0.2673734 | 9:45 | 63 | 0.0002311 | 0.2311336 | 9:45 | N/A | 0.0299253 | 29.925313 | 9:45 | 48 | 0 | 0 | |
| 10:00 | 56 | 0.0019792 | 1.9792458 | 10:00 | 63 | 0.000289 | 0.2889529 | 10:00 | N/A | 0.0342644 | 34.264416 | 10:00 | 48 | 0 | 0 | |
| 10:15 | 56 | 0.000365 | 0.3650349 | 10:15 | 63 | 0 | 0 | 10:15 | N/A | 0.0422299 | 42.229919 | 10:15 | 48 | 0 | 0 | |
| 10:30 | 56 | 0.0041445 | 4.1445374 | 10:30 | 63 | 0.000745 | 0.7450046 | 10:30 | N/A | 0.0442016 | 44.201647 | 10:30 | 48 | 0 | 0 | |
| 10:45 | 56 | 0.0105266 | 10.526573 | 10:45 | 63 | 0.0012272 | 1.2272025 | 10:45 | N/A | 0.0279953 | 27.995323 | 10:45 | 48 | 0 | 0 | |
| 11:00 | 56 | 0.0063058 | 6.3057858 | 11:00 | 63 | 0 | 0 | 11:00 | N/A | 0.0145867 | 14.586708 | 11:00 | 48 | 0 | 0 | |
| 11:15 | 56 | 0.0043323 | 4.3323164 | 11:15 | 63 | 0 | 0 | 11:15 | N/A | 0.0118043 | 11.804273 | 11:15 | 48 | 0 | 0 | |
| 11:30 | 56 | 0.0048884 | 4.8884445 | 11:30 | 63 | 0 | 0 | 11:30 | N/A | 0.010207 | 10.206953 | 11:30 | 48 | 0 | 0 | |
| 11:45 | 56 | 0.0053219 | 5.3218542 | 11:45 | 63 | 0 | 0 | 11:45 | N/A | 0.0088387 | 8.8386779 | 11:45 | 48 | 0 | 0 | |
| 12:00 | 56 | 0.0018087 | 1.8087445 | 12:00 | 63 | 0 | 0 | 12:00 | N/A | 0.0077007 | 7.7007466 | 12:00 | 48 | 0 | 0 | |
| 12:15 | 56 | 0.0043638 | 4.3637921 | 12:15 | 63 | 0 | 0 | 12:15 | N/A | 0.0052063 | 5.2062554 | 12:15 | 48 | 0 | 0 | |
| 12:30 | 56 | 0.0082488 | 8.2487636 | 12:30 | 63 | 0 | 0 | 12:30 | N/A | 0.0033521 | 3.3520981 | 12:30 | 48 | 0 | 0 | |
| 12:45 | 56 | 0.008904 | 8.9040404 | 12:45 | 63 | 0 | 0 | 12:45 | N/A | 0.003246 | 3.245968 | 12:45 | 48 | 0 | 0 | |
| 13:00 | 56 | 0.0097727 | 9.7726739 | 13:00 | 63 | 0 | 0 | 13:00 | N/A | 0.0041523 | 4.1522668 | 13:00 | 48 | 0 | 0 | |
| 13:15 | 56 | 0.0101903 | 10.190307 | 13:15 | 63 | 0 | 0 | 13:15 | N/A | 0.0044294 | 4.4293822 | 13:15 | 48 | 0 | 0 | |
| 13:30 | 56 | 0.0118921 | 11.892087 | 13:30 | 63 | 0 | 0 | 13:30 | N/A | 0.0044564 | 4.4563532 | 13:30 | 48 | 0 | 0 | |
| 13:45 | 56 | 0.0132441 | 13.24406 | 13:45 | 63 | 4.918E-05 | 0.0491779 | 13:45 | N/A | 0.004292 | 4.2919809 | 13:45 | 48 | 0 | 0 | |
| 14:00 | 56 | 0.0142272 | 14.227171 | 14:00 | 63 | 0.0002841 | 0.2841283 | 14:00 | N/A | 0.0045139 | 4.5138671 | 14:00 | 48 | 0 | 0 | |
| 14:15 | 56 | 0.0151008 | 15.100831 | 14:15 | 63 | 0.0005751 | 0.5751353 | 14:15 | N/A | 0.0050791 | 5.0790922 | 14:15 | 48 | 0 | 0 | |
| 14:30 | 56 | 0.0166601 | 16.660067 | 14:30 | 63 | 0.0008674 | 0.8673797 | 14:30 | N/A | 0.0051401 | 5.1401383 | 14:30 | 48 | 0 | 0 | |
| 14:45 | 56 | 0.017479 | 17.478996 | 14:45 | 63 | 0.0015482 | 1.548211 | 14:45 | N/A | 0.0051148 | 5.1147592 | 14:45 | 48 | 0 | 0 | |
| 15:00 | 56 | 0.0168158 | 16.815771 | 15:00 | 63 | 0.0016083 | 1.6082776 | 15:00 | N/A | 0.0057847 | 5.784742 | 15:00 | 48 | 0 | 0 | |
| 15:15 | 56 | 0.0166375 | 16.637549 | 15:15 | 63 | 0.001458 | 1.4579635 | 15:15 | N/A | 0.0062532 | 6.2531846 | 15:15 | 48 | 0 | 0 | |
| 15:30 | 56 | 0.0198671 | 19.867053 | 15:30 | 63 | 0.0027625 | 2.7624811 | 15:30 | N/A | 0.00734 | 7.3399582 | 15:30 | 48 | 4.759E-05 | 0.0475939 | |
| 15:45 | 56 | 0.0073408 | 7.3408194 | 15:45 | 63 | 0.0042464 | 4.2463933 | 15:45 | N/A | 0.0219173 | 21.917326 | 15:45 | 48 | 0.0003808 | 0.3807954 | |
| 16:00 | 56 | 0.0156637 | 15.663689 | 16:00 | 63 | 0.0047447 | 4.7446707 | 16:00 | N/A | 0.0198621 | 19.862127 | 16:00 | 48 | 0 | 0 | |
| 16:15 | 56 | 0.0114192 | 11.419212 | 16:15 | 63 | 0.0027386 | 2.7385761 | 16:15 | N/A | 0.0109966 | 10.996635 | 16:15 | 48 | 0.0011749 | 1.1748634 | |
| 16:30 | 56 | 0.0128806 | 12.880641 | 16:30 | 63 | 0.0022234 | 2.2234362 | 16:30 | N/A | 0.0095277 | 9.5277385 | 16:30 | 48 | 0.0097596 | 9.7595946 | |
| 16:45 | 56 | 0.0154266 | 15.42658 | 16:45 | 63 | 0.0072675 | 7.2674959 | 16:45 | N/A | 0.0075366 | 7.5365899 | 16:45 | 48 | 0.0045241 | 4.5241314 | |
| 17:00 | 56 | 0.0107465 | 10.746538 | 17:00 | 63 | 0.0073897 | 7.389691 | 17:00 | N/A | 0.0159971 | 15.997145 | 17:00 | 48 | 0.0319276 | 31.927632 | |
| 17:15 | 56 | 0.0092781 | 9.2780672 | 17:15 | 63 | 0.0023683 | 2.3683474 | 17:15 | N/A | 0.021301 | 21.300977 | 17:15 | 48 | 0.0107242 | 10.724239 | |
| 17:30 | 56 | 0.000813 | 0.8130432 | 17:30 | 63 | 0.0030849 | 3.084892 | 17:30 | N/A | 0.0203479 | 20.347907 | 17:30 | 48 | 0.0120592 | 12.059226 | |
| 17:45 | 56 | 0.0079408 | 7.9407718 | 17:45 | 63 | 0.0056011 | 5.6010545 | 17:45 | N/A | 0.0178737 | 17.873669 | 17:45 | 48 | 0.0157372 | 15.737168 | |
| 18:00 | 56 | 0.005685 | 5.684956 | 18:00 | 63 | 0.0118944 | 11.894384 | 18:00 | N/A | 0.0159416 | 15.941631 | 18:00 | 48 | 0.0097612 | 9.7612212 | |
| 18:15 | 56 | 0.0026297 | 2.6296788 | 18:15 | 63 | 0.0027951 | 2.795146 | 18:15 | N/A | 0.0146197 | 14.619661 | 18:15 | 48 | 0.0214422 | 21.442239 | |
| 18:30 | 56 | 0.0083536 | 8.3535827 | 18:30 | 63 | 0.0068738 | 6.8738228 | 18:30 | N/A | 0.010234 | 10.234019 | 18:30 | 48 | 0.0342379 | 34.237898 | |
| 18:45 | 56 | 0.0030764 | 3.0763836 | 18:45 | 63 | 0.0046122 | 4.6122082 | 18:45 | N/A | 0.0179639 | 17.963929 | 18:45 | 48 | 0.0333738 | 33.373765 | |
| 19:00 | 56 | 0.0001774 | 0.177376 | 19:00 | 63 | 0 | 0 | 19:00 | N/A | 0.0259195 | 25.919471 | 19:00 | 48 | 0.0497837 | 49.78374 | *See Field Investigation Below |
| 19:15 | 56 | 3.341E-05 | 0.0334129 | 19:15 | 63 | 0.0001953 | 0.1952526 | 19:15 | N/A | 0.018985 | 18.984953 | 19:05 | 48 | 0.0435696 | 43.569601 | *See Field Investigation Below |
| 19:30 | 56 | 6.157E-06 | 0.0061572 | 19:30 | 63 | 0.0009033 | 0.9032796 | 19:30 | N/A | 0.0149066 | 14.906631 | 19:10 | 48 | 0.1125733 | 112.5733 | *See Field Investigation Below |
| 19:45 | 56 | 0 | 0 | 19:45 | 63 | 0 | 0 | 19:45 | N/A | 0.0147933 | 14.793287 | 19:15 | 48 | 0.0690925 | 69.092541 | *See Field Investigation Below |
| 20:00 | 56 | 0 | 0 | 20:00 | 63 | 6.344E-05 | 0.0634402 | 20:00 | N/A | 0.0123934 | 12.393425 | 19:20 | 48 | 0.08191 | 81.910007 | *See Field Investigation Below |
| 20:15 | 56 | 0.0023377 | 2.3377446 | 20:15 | 63 | 0.0015919 | 1.5919494 | 20:15 | N/A | 0.0132809 | 13.280893 | 19:25 | 48 | 0.0780997 | 78.099972 | *See Field Investigation Below |
| 20:30 | 56 | 0.0036713 | 3.6713012 | 20:30 | 63 | 0.0029729 | 2.9729313 | 20:30 | N/A | 0.0224086 | 22.408576 | 19:30 | 48 | 0.0142739 | 14.27394 | |
| 20:45 | 56 | 0.0034626 | 3.4625925 | 20:45 | 63 | 0.0034144 | 3.4143918 | 20:45 | N/A | 0.2616208 | 261.62076 | 19:35 | 48 | 0.0167355 | 16.735472 | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21:00 | 56 | 0.0071449 | 7.1448655 | 21:00 | 63 | 0.0024333 | 2.4333242 | 21:00 | N/A | 0.2361631 | 236.16309 | 19:40 | 48 | 0.106541 | 106.54103 | |
| 21:05 | 56 | 0.052857 | 52.857045 | 21:15 | 63 | 0.0026263 | 2.6263228 | 21:15 | N/A | 0 | 0 | 19:45 | 48 | 0.0302765 | 30.276484 | |
| 21:10 | 56 | 0.0839945 | 83.994468 | 21:30 | 63 | 0.0001253 | 0.125297 | 21:30 | N/A | 0 | 0 | 20:00 | 48 | 0.0011564 | 1.1564232 | *See Field Investigation Below |
| 21:15 | 56 | 0.1284688 | 128.4688 | 21:45 | 63 | 0 | 0 | 21:45 | N/A | 0 | 0 | 20:15 | 48 | 0.0006445 | 0.6444685 | *See Field Investigation Below |
| 21:20 | 56 | 0.2943563 | 294.35631 | 22:00 | 63 | 0 | 0 | 22:00 | N/A | 0 | 0 | 20:30 | 48 | 0.0006485 | 0.6485012 | *See Field Investigation Below |
| 21:25 | 56 | 0.5501525 | 550.15253 | 22:15 | 63 | 0 | 0 | 22:15 | N/A | 0 | 0 | 20:45 | 48 | 0.0009588 | 0.9588146 | *See Field Investigation Below |
| 21:30 | 56 | 0.6330107 | 633.01068 | 22:30 | 63 | 0 | 0 | 22:30 | N/A | 0 | 0 | 21:00 | 48 | 0.0002685 | 0.2684772 | *See Field Investigation Below |
| 21:35 | 56 | 0.5501769 | 550.17688 | 22:45 | 63 | 0 | 0 | 22:45 | N/A | 0 | 0 | 21:15 | 48 | 0.0002755 | 0.2755267 | *See Field Investigation Below |
| 21:40 | 56 | 0.4139103 | 413.9103 | 23:00 | 63 | 0 | 0 | 23:00 | N/A | 0 | 0 | 21:30 | 48 | 6.432E-06 | 0.0064321 | *See Field Investigation Below |
| 21:45 | 56 | 0.2325183 | 232.51829 | 23:15 | 63 | 0 | 0 | 23:15 | N/A | 0 | 0 | 21:45 | 48 | 2.228E-06 | 0.0022282 | *See Field Investigation Below |
| 21:50 | 56 | 0.1543004 | 154.3004 | 23:30 | 63 | 0 | 0 | 23:30 | N/A | 0 | 0 | 22:00 | 48 | 2.175E-07 | 0.0002175 | *See Field Investigation Below |
| 21:55 | 56 | 0.5139274 | 513.92744 | 23:45 | 63 | 0 | 0 | 23:45 | N/A | 0 | 0 | 22:15 | 48 | 0 | 0 | *See Field Investigation Below |
| 22:00 | 56 | 0.26062 | 260.62975 | | | | | | | | | 22:30 | 48 | 0.0002316 | 0.2316402 | |
| 22:05 | 56 | 0 | 0 | | | | | | | | | 22:45 | 48 | 0.0003052 | 0.305247 | |
| 22:10 | 56 | 0 | 0 | | | | | | | | | 23:00 | 48 | 0.0002899 | 0.2899207 | |
| 22:15 | 56 | 0 | 0 | | | | | | | | | 23:15 | 48 | 0.0003441 | 0.3441438 | |
| 22:30 | 56 | 0 | 0 | | | | | | | | | 23:30 | 48 | 0.0005558 | 0.5558045 | |
| 22:45 | 56 | 0 | 0 | | | | | | | | | 23:45 | 48 | 0.002165 | 2.1649757 | |
| 23:00 | 56 | 0 | 0 | | | | | | | | | | | | | |
| 23:15 | 56 | 0 | 0 | | | | | | | | | | | | | |
| 23:30 | 56 | 0 | 0 | | | | | | | | | | | | | |
| 23:35 | 56 | 0 | 0 | | | | | | | | | | | | | |
| 23:40 | 56 | 0.1592989 | 159.29886 | | | | | | | | | | | | | *See Field Investigation Below |
| 23:45 | 56 | 0.4352377 | 435.2377 | | | | | | | | | | | | | *See Field Investigation Below |
| 23:50 | 56 | 0.3652235 | 365.22347 | | | | | | | | | | | | | *See Field Investigation Below |
| 23:55 | 56 | 0.3876992 | 387.69916 | | | | | | | | | | | | | *See Field Investigation Below |

| | |
|---|---|
| * Field Investigation | On the afternoon of April 11th, the site was de-inventorying in preparation for repair work, and excess free hydrocarbon was sent to the biotreaters from one of the wastewater tanks due to a level issue. The cause is understood and has been addressed and solutions are being implemented. |