# Exhibit 15

Photos of High-Pressure Elevated Emergency Flare, Breathe Cam, Shell Plastics West (Oct. 24, 2022 14:45:33 and Feb 13, 2023 16:12:24), available at https://breathecam.org/.



Oct. 24, 2022, Black smoke emitting from High-Pressure Elevated Emergency Flare. Source: Breathe Cam, *Shell Plastics West* (Oct. 24, 2022 14:45:33), available at https://breathecam.org/.



Feb. 13, 2023, Black smoke emitting from High-Pressure Elevated Emergency Flare. Source: Breathe Cam, *Shell Plastics West* (Feb. 13, 2023 16:12:24), available at https://breathecam.org/.