# Exhibit 16

Pennsylvania Department of Environmental Protection, Emergency Response Incident Report (Feb. 13, 2023).



# PA DEP – EMERGENCY RESPONSE
# INCIDENT REPORT

| INCIDENT | |
|---|---|
| **Brief Description:** | ERT response to malfunction causing visible emissions at Shell Chemicals, Potter Twp, Beaver County |
| **Incident Date & Time:** | 1528 on 2/13/2023 |
| **Weather Conditions:** | Clear & dry, 50 degrees F |
| **LOCATION** | |
| **County:** | Beaver County |
| **Municipality:** | Potter Township |
| **Address / Directions:** | 300 FRANKFORT RD MONACA, PA 15061-2210 |
| **Latitude / Longitude:** | Lat:    Lon:    Data Source: |
| **POTENTIAL RESPONSIBLE PARTY** | |
| **Contact Person:** | KIMBERLY KAAL, Environmental Manager or Jim Sewell, Environmental Manager |
| **Company / Organization:** | SHELL CHEM APPALACHIA LLC |
| **Address:** | 300 FRANKFORT RD MONACA, PA 15061-2210 |
| **Phone Number:** | (724) 709 - 2467 or (303) 902-7739 |
| **PROPERTY OWNER / FACILITY CONTACT** | |
| **Contact Person:** | same as RP |
| **Company / Organization:** | |
| **Address:** | |
| **Phone Number:** | ` |
| **INSURANCE COMPANY INFORMATION** | |
| **Contact Person:** | n/a |
| **Company:** | |
| **Phone Number:** | |
| **Policy Number:** | |
| **TRANSPORTATION RELATED INFORMATION** | |
| **Carrier Contact Person:** | n/a |
| **Carrier Company:** | |
| **Carrier Address:** | |
| **Carrier Phone Number:** | |
| **License Plate:** | Truck / Tractor:    Trailer:    DOT #: |
| **Police Report:** | Police Dept.:    Report #: |
| **CLEANUP CONTRACTOR** | |
| **Contact Person:** | n/a |
| **Company / Organization:** | |
| **Address:** | |
| **Phone Number:** | |
| **DEP Emerg. Contract:** | ☐ Yes    ☐ No    Estimated Cost: $ |

| OTHER AGENCIES INVOLVED | | |
|---|---|---|
| **Agency** | **Contact Person** | **Phone Number** |
| n/a | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**OBSERVATIONS / REMARKS**

SHELL CHEM APPALACHIA LLC reported a malfunction to PADEP at 1538 on 2/13/2023. Ethane Cracking Unit (ECU) and subsequent compressor failure led to a malfunction with material being sent to the flares to combust. Shell reported visible emissions from the flares. PADEP received complaint calls concerning observed visible emissions from the flares and I was dispatched by ERT at 1734 on 2/13/2023. I arrived on site at Gate #3 of Shell Chemicals at 1818 on 2/13/2023. I observed visible emissions from the High Pressure Ground Enclosed Flare (C205B). I did not observe any visible emissions from the Elevated Flare (C205C) (only steam) or the other High Pressure Ground Enclosed Flare (C205A). I did not observe any visible emissions or fugitive emissions from any other source on site. I did not observe any malodor emissions downwind of Shell Chemicals in Center Township or Monaca. I did not observe any malodor emissions in Potter Township or on Shell Chemicals property. Shell Chemicals security approached me at 1837. I informed them I would need to speak to a manager on site tonight to discuss the malfunction. I observed visible emissions from C205B continuously from 1820 to 1848 when we left to drive to the Admin. building. I took three photgraphs of the Elavated and Ground Enclosed Flares from 1820 through 1826. These photos were taken after sunset so I did not attempt a Method 9 reading.

I spoke with Jim Sewell and Jason Shultz of Shell Chermicals. We discuss the malfunction. Jim said the malfunction started at 1525 today. He said that C205A was offline for maintenance so all of the material was sent to the Elevated Flare (C205C) and the other HIgh Pressure Ground Flare (C205B). He said that visible emissions were observed from 1525 through 1813 from C205C but not continuously visible. Visible emissions from C205B are continuing. Jim stated that the C205C flare also broke its glycol seal, venting a mixture of water and glycol onto Shell Chemical's property. They did survey the area and did not observe any of the glycol/water mixture on the public road or adjacent river. Shell will resume their investigation in the morning when its light. Shell Chemicals will contact PADEP Clean Water to report the glycol/water release.

I was also contacted by two previous Shell Chemicals complainants tonight informing me of the visible emissions from flaring. A news reporter also called me and left a message. I contacted Beth Speicher, PADEP Air Quality, and informed her of my observations tonight and also of the contacts by the complainants and the news reporter. I forwarded the news reporter's voicemail to Beth Speicher.

| DEP INCIDENT TYPE | | | |
|---|---|---|---|
| ☒ Air Contamination | ☐ Land Contamination / Waste | ☐ Mining Incident | ☐ Oil or Gas Well Incident |
| ☐ Radioactive Material | ☐ Storage Tank Incident | ☐ Water Contamination | ☐ Water Supply Contamination |
| ☐ Other or Non-DEP Incident: | | | |

| RELEASE TYPE | | |
|---|---|---|
| ☐ Discharge / Release | ☐ Dumping / Disposal | ☐ Fire Related |
| ☐ None | ☐ Spill | ☐ Unknown |
| ☒ Other: VE from flaring | | |

### MEDIA AFFECTED

| ☒ Air | ☐ Land | ☐ Surface Water | ☐ Ground Water | ☐ Within Facility Only | ☐ None |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Waterway:** | | | ☐ Affected | ☐ Threatened |
| **Area of Stream Affected:** | ☐ None or N/A | ☐ See OBSERVATIONS / REMARKS section. | | |
| **Public Water Supply:** | | ☐ Affected | ☐ Threatened | ☐ Notified |
| **Public Sewage Treat.:** | | ☐ Affected | ☐ Threatened | ☐ Notified |
| **Endangered Species Impacted:** | ☐ Yes  ☐ No  ☒ Unknown | **Species:** | | |
| **Endangered Species Habitat Impacted:** | ☐ Yes  ☐ No  ☒ Unknown | **Species:** | | |
| **Cultural Resource Impacted:** | ☐ Yes  ☐ No  ☒ Unknown | **Type:** | | |
| **Migratory Bird Impacted:** | ☐ Yes  ☐ No  ☒ Unknown | **Species:** | | |

### SUBSTANCES(S) INVOLVED

| Substance | CAS Number | Lowest Published Exp. Limit | Total Amt Involved | Amt. Released | Amt. Recovered |
|---|---|---|---|---|---|
| | | | | | |

### SOURCE OF MATERIAL

| ☐ Above Ground Storage Tank | ☐ Highway - Cargo | ☐ Highway –Fuel / Fluids | ☒ Industrial / Commercial |
|---|---|---|---|
| ☐ Mining / Quarry | ☐ None | ☐ Oil / Gas Well | ☐ Pipeline |
| ☐ Railway (Train) | ☐ Residential / Community | ☐ Underground Storage Tank | ☐ Unknown |
| ☐ Vessel (Boat) | ☐ Other: | | |

### MONITORING INFORMATION

| **Monitoring Conducted:** | ☐ Air  ☐ Radiation  ☐ Water Quality |
|---|---|
| **Monitoring Results:** | ☒ None or N/A  ☐ See OBSERVATIONS / REMARKS section. |

### SAMPLE INFORMATION

| **Sample(s) Collected:** | ☐ Yes  ☒ No |
|---|---|
| **Sample Description(s):** | |

### DEP MATERIALS / EQUIPMENT USED  (Sorbents, Test Strips, Meters, etc.)

| |
|---|
| |

### DEP RESPONDER INFORMATION

| **Name:** Scott Beaudway | **Title:** AQS | **Phone:** 412-417-7952 |
|---|---|---|
| **Mileage (Portal-to Portal):** 28 | **Time (Response + Travel + Documentation + Refitting):** | 0.0 **Reg. Hrs.**  4.25 **OT Hrs.** |

### PROGRAM REFERRAL (For Information and/or Follow up)

| Program | Staff Notified | Date | Via |
|---|---|---|---|
| Air Quality | Beth Speicher, Mark Gorog | 2/13/23 | ☒ Email  ☐ Phone  ☐ In Person |
| Clean Water | Stacy Greenwald, Chris Kriley | 2/13/23 | ☒ Email  ☐ Phone  ☐ In Person |

| MAPS / PHOTOGRAPHS / ATTACHMENTS |
|---|
| **Elevated Flare (C205C)** |



**Elevated Flare (C205C) and HP Ground Flare (C205B)**

**Elevated Flare (C205C) and HP Ground Flare (C205B)**

