IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLEAN AIR COUNCIL<br>139 South 19th Street, Suite 300<br>Philadelphia, PA 19103 | )<br>)<br>) vs. ) | |
| SHELL CHEMICAL APPALACHIA, LLC<br>300 Frankfort Road<br>Monaca, PA 15061 | )<br>)<br>)<br>) | Civil Action No. 2:23-cv-00794-RJC |

**MOTION FOR ADMISSION *PRO HAC VICE* OF SARAH KULA**

    Sarah Kula, undersigned counsel for Plaintiff, hereby moves that Sarah Kula be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Lisa Widawsky Hallowell filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                                                                                    Respectfully submitted,

Dated: May 11, 2023                              s/Sarah Kula
                                                                  Sarah Kula
                                                                  DC Bar No. 1720116
                                                                  1000 Vermont Avenue NW, Suite 1100
                                                                  Washington D.C., 20005
                                                                 skula@environmentalintegrity.org
                                                                  (202) 599-9786
                                                                  *Counsel for Plaintiff*