**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CLEAN AIR COUNCIL
139 South 19th Street, Suite 300
Philadelphia, PA 19103                )
                                       )
SHELL CHEMICAL APPALACHIA, LLC   vs.   )
300 Frankfort Road                     )   Civil Action No. 2:23-cv-00794-RJC
Monaca, PA 15061                       )
                                       )
                                       )

**AFFIDAVIT OF SARAH KULA IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Sarah Kula, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff Clean Air Council in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Sarah Kula, being duly sworn, do hereby depose and say as follows:

1.  I am a Lawyer of the Environmental Integrity Project.

2.  My business address is 1000 Vermont Avenue NW, Suite 1100, Washington D.C., 20005.

3.  I am a member in good standing of the District of Columbia bar, the U.S. District Court for the District of Columbia, and the U.S. Court of Appeals for the Ninth Circuit.

4.  My bar identification number is DC Bar No. 1720116.

5.  A current certificate of good standing from the District of Columbia Bar is attached to this Affidavit as Exhibit A.

6.  I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7.  I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

8. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: May 11, 2023

<u>s/Sarah Kula</u>
Sarah Kula
DC Bar No. 1720116
1000 Vermont Avenue NW, Suite 1100
Washington D.C., 20005
skula@environmentalintegrity.org
(202) 599-9786
*Counsel for Plaintiff*

# Exhibit A

Certificate of Good Standing from the District of Columbia Bar



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

## *Sarah Haley Kula*

*was duly qualified and admitted on December 9, 2021 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on May 05, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*